**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
(State)

Case number (*If known*): ____________ Chapter 11

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Character Technologies, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Character.AI

3. **Debtor's federal Employer Identification Number** (EIN)

   87 – 3458842

4. **Debtor's address**

   **Principal place of business**

   2114 Broadway
   Number Street

   Redwood City CA 94063
   City State ZIP Code

   San Mateo
   County

   **Mailing address, if different from principal place of business**

   700 El Camino Real, Suite 120
   Number Street

   1152
   P.O. Box

   Menlo Park CA 94025
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

   https://character.ai/

Debtor Character Technologies, Inc. Case number (*if known*)
Name

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 4 1 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

  District ______ When ______ (MM / DD / YYYY) Case number ______

Debtor Character Technologies, Inc. Case number (*if known*) ____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor ____ Relationship ____
District ____ When ____ MM / DD / YYYY
Case number, if known ____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number Street
____
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____
Contact name ____
Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor Character Technologies, Inc.
Name

Case number (*if known*)

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/12/2026
MM / DD / YYYY

✘ /s/ Colin M. Adams
Signature of authorized representative of debtor

Colin M. Adams
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

✘ /s/ Erin R. Fay
Signature of attorney for debtor

Date 10/12/2026
MM / DD / YYYY

Erin R. Fay
Printed name

Wilson Sonsini Goodrich & Rosati, P.C.
Firm name

222 Delaware Ave, Suite 800
Number Street

Wilmington DE 19801
City State ZIP Code

302-502-7600
Contact phone

efay@wsgr.com
Email address

5268 DE
Bar number State

**CHARACTER TECHNOLOGIES, INC.**

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE RESTRUCTURING COMMITTEE**
**OF THE BOARD OF DIRECTORS**

In accordance with Section 141(f) of the Delaware General Corporation Law and the bylaws of Character Technologies, Inc., a Delaware corporation (the "**Company**"), the undersigned, constituting all of the members of the special committee (the "**Restructuring Committee**") of the Company's Board of Directors (the "**Board**"), hereby take the following actions and adopt the following resolutions by written consent:

**WHEREAS,** on October 8, 2026, the Board adopted resolutions authorizing, creating and establishing the Restructuring Committee to consider, evaluate, and review possible strategic and financial alternatives available to the Company in light of the Company's cash flow, liquidity, general financial condition, and contingent liabilities (collectively, the "**Alternatives**"), make any determinations regarding any Alternative, and take such other actions with respect to any Alternative or in connection with the Restructuring Committee's review of Alternatives as the Restructuring Committee may deem necessary, appropriate, or advisable the scope of the responsibility, power and authority of the Restructuring Committee;

**WHEREAS**, the Restructuring Committee has reviewed and had the opportunity to ask questions about the materials presented by management and the legal and financial advisors of the Company regarding the indebtedness, liabilities, and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Restructuring Committee has had the opportunity to consult with management and the legal and financial advisors of the Company to fully consider, and has considered, the Alternatives available to the Company; and

**WHEREAS**, the Restructuring Committee desires to take the following actions by written consent.

## I. Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**: That the Restructuring Committee has determined, after consultation with management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company and its stakeholders that a voluntary petition (the "**Petition**") be filed by the Company with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and the Restructuring Committee hereby approves the filing of the Petition.

**RESOLVED FURTHER**: That the form, terms, and provisions of, the execution, delivery, and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved, and adopted in all respects.

**RESOLVED FURTHER**: That any officer of the Company (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and

verify the Petition and all documents ancillary thereto, to cause such Petition to be filed with the Bankruptcy Court commencing a case (the "**Chapter 11 Case**"), and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents; and (ii) to execute, verify, and file or cause to be filed all such other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, advisable, or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as such Authorized Officer shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution and delivery thereof.

**RESOLVED FURTHER**: That the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to pay all expenses, including advisors' fees and retainers, taxes, consent payments, indemnities, and filing fees, in each case as in such Authorized Officer's judgment shall be necessary, appropriate, advisable or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, with all such payments to be conclusive evidence of such approval and that such Authorized Officer deemed the same to be so necessary, appropriate, advisable, or desirable.

## II. Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Case, the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, advisable, or desirable in connection with the Chapter 11 Case and the transactions contemplated thereby (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard).

**RESOLVED FURTHER**: That the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation is hereby retained as restructuring counsel for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**: That the law firm of Young Conaway Stargatt & Taylor, LLP is hereby retained as counsel for the Company to address conflict matters in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**: That the firm of Houlihan Lokey is hereby retained as investment banker for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**: That the firm of Areté Partners is hereby retained as financial and restructuring advisor for the Company in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER**: That the firm of Stretto, Inc. is hereby retained as claims and noticing agent and administrative advisor in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

## III. General Authorization and Ratification

**RESOLVED**: That the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be

executed and delivered in such form, as the Authorized Officer performing or executing the same shall approve, and the performance or execution thereof by such Authorized Officer shall be conclusive evidence of the approval thereof by such Authorized Officer and by the Company.

**RESOLVED FURTHER**: That the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of such Authorized Officer shall be necessary, appropriate, desirable, or advisable to prosecute a successful completion of the Company's Chapter 11 Case and to effectuate the restructuring or liquidation of the Company's debts, other obligations, organizational form, and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of which the foregoing resolutions and the transactions contemplated by these resolutions, such Authorized Officer's authority thereunto to be evidenced by the taking of such actions.

**RESOLVED FURTHER**: That the Authorized Officers be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as such Authorized Officer may determine to be necessary, appropriate, desirable, or advisable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as such Authorized Officer shall approve, the taking or execution thereof by such Authorized Officer being conclusive evidence of the approval thereof by such Authorized Officer and the Company.

**RESOLVED FURTHER**: That any and all past actions heretofore taken by any Authorized Officer on behalf of and in the name of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, reaffirmed, and approved in all respects.

**RESOLVED FURTHER**: That any Authorized Officer is authorized to place a copy of these resolutions in the official records of the Company to document the actions set forth herein as actions taken by the Restructuring Committee.

*[signature page(s) follow(s)]*

This action by unanimous written consent shall be effective on the date the Company receives the unanimous written consent of the Company's directors. This action by unanimous written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile or other reliable reproduction of this action by unanimous written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used. This action by unanimous written consent shall be filed with the minutes of the proceedings of the board of directors of the Company.

Signed by:
Christopher Sontchi
3B9500C3E4914F7...
Christopher Sontchi

Date: October 12, 2026

DocuSigned by:
Rick Marini
70DCD6BA772E431...
Rick Marini

Date: October 12, 2026

Signed by:
Stan Chudnovsky
DAD62EC17B84411...
Stan Chudnovsky

Date: October 12, 2026

| Fill in this information to identify the case: |
|---|
| Debtor name Character Technologies, Inc. |
| United States Bankruptcy Court for the: District of Delaware (State) |
| Case number (If known): |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Google LLC**<br>PO Box 883654<br>Los Angeles, CA 90088 | Attn: Legal Department<br>collections@google.com | Trade Payable | | | | **$4,148,944.00** |
| 2 | **Hogan Lovells US LLP**<br>555 Thirteenth St NW<br>Washington, DC 20004 | Attn: Legal Department<br>P: 202-637-8770<br>diana.howard@hoganlovells.com | Professional Services | | | | **$2,125,026.00** |
| 3 | **DigitalOcean LLC**<br>105 Edgeview Drive, Suite 425<br>Broomfield, CO 80021 | Attn: Legal Department<br>accountsreceivable@digitalocean.com | Trade Payable | | | | **$1,953,100.00** |
| 4 | **Fireworks.Ai**<br>2317 Broadway Suite 200<br>Redwood City, CA 94063 | Attn: Legal Department<br>P: 408-768-9186<br>tbi@fireworks.ai | Trade Payable | D | | | **$813,900.00** |
| 5 | **Apple Distribution International Ltd**<br>PO Box 733842<br>Dallas, TX 75373 | Attn: Legal Department<br>ar_ad_platforms_amr@apple.com | Trade Payable | | | | **$384,683.00** |
| 6 | **Late Checkout, LLC**<br>4000 Island Blvd Apt 901<br>Aventura, FL 33160 | Attn: Legal Department<br>g@latecheckout.studio | Trade Payable | | | | **$212,025.00** |
| 7 | **White & Case LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020 | Attn: Legal Department<br>P: 212-819-8200<br>manila.billing@whitecase.com | Professional Services | | | | **$189,475.00** |
| 8 | **Munger, Tolles & Olson LLP**<br>PO BOX 847424, 50th Floor<br>Los Angeles, CA 90084 | Attn: Legal Department<br>P: 213-683-9100<br>mungertolles@mto.com | Professional Services | | | | **$136,807.61** |

Debtor Name **Character Technologies, Inc.** Case Number ______________

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Skadden, Arps, Slate, Meagher & Flom LLP**<br>PO Box 1764<br>White Plains, NY 10602 | Attn: Legal Department | Professional Services | | | | **$126,203.00** |
| 10 | **Zayo Group LLC**<br>1821 30th Street, Unit A<br>Boulder, CO 80301 | Attn: Legal Department<br>P: 800-390-6094<br>zayoremits@zayo.com | Trade Payable | D | | | **$119,210.00** |
| 11 | **DoorDash**<br>303 2nd Street South Tower 800<br>San Francisco, CA 94107 | Attn: Legal Department<br>P: 520-535-1539 | Trade Payable | | | | **$89,996.00** |
| 12 | **Invertase Limited**<br>Datum House Electra Way<br>Crewe, CW1 6ZF | c/o Banks Sheridan Ltd<br>accounts@invertase.io | Trade Payable | | | | **$80,000.00** |
| 13 | **Sundial Product Inc**<br>41530 Devon Court, Suite 120<br>Fremont, CA 94539 | Attn: Julie Zhuo<br>P: 650-387-8106<br>billings@sundial.so | Trade Payable | | | | **$76,800.00** |
| 14 | **Premier Property Management**<br>539 Alma Street<br>Palo Alto, CA 94301 | P: 635-618-3000<br>accounting@prprop.com | Trade Payable | | | | **$70,362.00** |
| 15 | **Quinn Emanuel Urquhart & Sullivan, LLP**<br>865 South Figueroa Street<br>Los Angeles, CA 90017 | Attn: Legal Department<br>P: 213-443-3000 | Professional Services | | | | **$63,674.00** |
| 16 | **Alder FM, LLC**<br>920 Broadway, Floor 8<br>New York, NY 10010 | Attn: Legal Department | Trade Payable | | | | **$59,138.00** |
| 17 | **Tines Automation Inc**<br>Suite 2900, WeWork, 1 Lincoln Street<br>Boston, MA 02111 | Attn: Legal Department<br>P: 857-259-3111 | Trade Payable | | | | **$42,000.00** |
| 18 | **Commonwealth of Pennsylvania**<br>1601 Elmerton Ave<br>Harrisburg, PA 17110 | Attn: Legal Department | Litigation | C / U / D | | | **Unknown** |
| 19 | **Commonwealth of Kentucky**<br>200 Metro Street, 5th Floor<br>Frankfort, KY 40622 | Attn: Legal Department | Litigation | C / U / D | | | **Unknown** |
| 20 | **[Name Redacted] (Minor Plaintiff)**<br>Address Redacted | Attn: Legal Department | Litigation | C / U / D | | | **Unknown** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-_____ ([___]) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "Debtor") respectfully represents that no corporation owns 10% or more of the Debtor.

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the Chapter 11 Case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

**Fill in this information to identify the case and this filing:**

Debtor Name Character Technologies, Inc.

United States Bankruptcy Court for the: ______________________ District of Delaware (State)

Case number (*If known*): ______________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/12/2026
MM / DD / YYYY

✘ /s/ Colin M. Adams
Signature of individual signing on behalf of debtor

Colin M. Adams
Printed name

Chief Executive Officer
Position or relationship to debtor