# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS)<br><br>**Ref. Docket No. __** |

**ORDER SHORTENING TIME FOR NOTICE OF**
**THE DEBTOR'S BIDDING PROCEDURES MOTION**

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of an order (this "Order"), pursuant Bankruptcy Rule 9006(c) and Local Rules 6004-1(c) and 9006-1(e), (i) shortening the time for notice of the Hearing and (ii) setting a deadline for objections to responses to the Bidding Procedures Motion; and this Court having reviewed the Motion to Shorten and all pleadings related thereto, including the First Day Declaration and the Dunayer Declaration; and this Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion to Shorten has been given and that no

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED as set forth herein.

2. Approval of the Bidding Procedures Motion shall be considered on October 26, 2026 at [__] (ET), and any objection to the relief provided for in such motions shall be filed and served on or before October 23, 2026 at 4:00 p.m. (ET).

3. The Debtor shall serve a copy of this Order on the Service Parties within one (1) business day of the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.