**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHARACTER TECHNOLOGIES, INC.,[1] | Case No. 26-11603 (BLS) |
| Debtor. | |

**CERTIFICATION OF DEBTOR'S CREDITOR MATRIX**

In accordance with rule 1007(a) of the Federal Rules of Bankruptcy Procedure and rule 1007-2(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "Creditor Matrix") of the above-captioned debtor and debtor in possession (the "Debtor") is filed by attachment hereto.

The Creditor Matrix has been prepared from the Debtor's books and records. The undersigned, Colin M. Adams, Chief Executive Officer of the Debtor, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records, and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-1(a). The Debtor reserves the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtor's books and records, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtor and its estate may have with respect to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor and its estate for purposes of this chapter 11 case. Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defenses that the Debtor and its estate may have to any claims that may be asserted against the Debtor and its estate or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtor and its estate.

Executed on October 13, 2026

*/s/ Colin M. Adams*
Colin M. Adams
Chief Executive Officer
Character Technologies, Inc.

STRETTO

# Creditor Matrix

as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1Password | | 4711 Yonge Street, 10th Floor | | Toronto | ON | M2N 6K8 | Canada |
| 1stCollab Inc | | 2261 Market Street #4935 | | San Francisco | CA | 94114 | |
| A Glass & Mirror Com | | 219 Shadowhawk Court | | Vacaville | CA | 95688 | |
| ACA Projects Inc | | 1655 Hopkins St. | | Berkeley | CA | 94707 | |
| ActiveFence Inc. | | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| Adam Rowings - Employee | | 2265 Cove Ave | | Los Angeles | CA | 90039 | |
| Adapt Talent LLC | | 2011 Palomar Airport Rd | Suite 101 | Carlsbad | CA | 92011 | |
| Adler & Colvin | | 135 Main Street, 20th Floor | | San Francisco | CA | 94105 | |
| Adobe | | 345 Park Avenue | | San Jose | CA | 95110-2704 | |
| ADT | | PO Box 371878 | | Pittsburgh | PA | 15250-7878 | |
| Agora AI Technologies Inc. | | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| Aidora Inc | | 1600 Fell Street Apt 201 | | San Francisco | CA | 94117 | |
| AIG | | 1271 Ave of the Americas | FL 37 | New York | NY | 10020-1304 | |
| Alder FM, LLC | | 920 Broadway | Floor 8 | New York | NY | 10010 | |
| Aleph | | | | | | | |
| Alibaba Cloud | Attn: Legal & Compliance | 31/F, Tower One, Times Square, 1 Matheson Street | | Causeway Bay | | | Hong Kong |
| Alvarez & Marsal Forensic Technology Services LLC | | 655 15th Street NW Suite 650 | | Washington | DC | 20005 | |
| Amazon Business Prime | | 325 9th Ave. N. | | Seattle | WA | 98109-5210 | |
| Amazon Web Services, Inc. | | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | |
| Amazon Web Services, Inc. | | PO Box 84023 | | Seattle | CA | 98124 | |
| Amplitude, Inc. | | 201 3rd St. Suite 200 | | San Francisco | CA | 94103 | |
| AmTrust | | 800 Superior Avenue East | 21st Floor | Cleveland | OH | 44114 | |
| Anthropic | | 548 Market St | PMB 90375 | San Francisco | CA | 94104 | |
| Anymo LTD - UK | | 3rd Floor 86-90 Paul Street | | London | | EC2A4NE | United Kingdom |
| Anyscale, Inc. | | 600 Harrison St 4th Fl | | San Francisco | CA | 94107 | |
| Aon Consulting, Inc. | | PO Box 100137 | | Pasadena | CA | 91189-0137 | |
| Apple Distribution International Ltd | | PO Box 733842 | | Dallas | TX | 75373 | |
| Applied Digital Corporation | | 3811 Turtle Creek Boulevard | Suite 2100 | Dallas | TX | 75219 | |
| Appsfyler Inc | | 100 1st Street | 25th Floor | San Francisco | CA | 94105 | |
| Arete Capital Partners, LLC | | 5775 Mountain Ranch Drive | | Park City | UT | 84098 | |
| Arillatype.Studio, S.L. | | 74 Avenida JÃ¡bega | | La Cala del Moral | Malaga | 29720 | Spain |
| AR's New Company | | 1990 N California Blvd 8th Floor | | Walnut Creek | CA | 94596 | |
| Arthur J. Gallagher & Co. | | 2850 Golf Road | | Rolling Meadows | IL | 60008-4050 | |
| Asana | | 633 Folsom Street | Suite 100 | San Francisco | CA | 94107 | |
| Ashby | | 49 Geary Street Suite 411 | | San Francisco | CA | 94108 | |
| Ashby & Geddes | | 500 Delaware Avenue | | Wilmington | DE | 19899 | |
| Ashby, Inc | | 49 Geary Street | Suite 411 | San Francisco | CA | 94108 | |
| Assemble Technology, Inc. | | 1053 De Haro St. | | San Francisco | CA | 94107 | |
| AT&T | | 208 S. Akard St | | Dallas | TX | 75202 | |
| Atlassian | | 350 Bush Street | Floor 13 | San Francisco | CA | 94104 | |
| Attivo Partners LLC | | 165 Jessie Street | #5 | San Francisco | CA | 94105 | |
| Australian eSafety Commission | | Level 5, The Bay Centre | 65 Pirrama Road | Pyrmont | NSW | 2009 | Australia |
| AXA XL | | XL Professional Insurance | 100 Constitution Plaza, 17th Floor | Hartford | CT | 06103 | |
| Axios Media Inc | | 3100 Clarendon Boulevard | Suite 1300 | Arlington | VA | 22201 | |
| Bachubhai Munim & Co. | | 312, Tulsiani Chambers, 212 | Backbay Reclamation, Nariman Point | Mumbai | | 400 021 | India |
| Baker McKenzie | | Level 46, Tower One International Towers | 100 Barangaroo Avenue | Sydney | NSW | 2000 | Australia |
| Baseten Labs Inc. | | 201 Spear Street Suite 1600 | | San Francisco | CA | 94105 | |
| Beautiful.AI | | 1556 Sanchez St | | San Francisco | CA | 94131 | |
| Beazley (Lloyd's of London) | | 65 Memorial Road | Suite 320 | West Hartford | CT | 06107 | |
| BEI Construction Inc. | | 1040 Marina Village Parkway | | Alameda | CA | 94501 | |
| Berkley | | 757 Third Avenue | 10th Floor | New York | NY | 10017 | |
| Berkshire | | 1314 Douglas Street | Suite 1400 | Omaha | NE | 68102-1944 | |
| Berry Appleman Leiden LLP | | 2400 N. Glenville Drive | | Richardson | TX | 75082 | |
| Bevin Benson Consulting LLC | | 4501 23rd Avenue S | | San Francisco | CA | 94102 | |
| Bill.com | | 6220 America Center Dr. | Suite 100 | San Jose | CA | 95002 | |
| Bitly | | DPT 5006, 601 W. 26th Street, Suite 357 (3rd Floor) | | New York | NY | 10001 | |
| Black Forest Labs | | Ingeborg-Krummer-Schroth-Strasse 18 | | Freiburg im Breisgau | | 79106 | Germany |

STRETTO

**Creditor Matrix**
as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Blacksmith | | | | | | | |
| Boston Children's Hospital | | 300 Longwood Avenue | | Boston | MA | 2115 | |
| Brainsights | | 145 Berkeley St Suite 500 | | Toronto | ON | M5A 2X1 | Canada |
| Brand24 | | 121 Executive Circle | | Daytona Beach | FL | 32114 | |
| BrandMentions | | Bld. Tutora Nr.1 | | Iasi | | 700161 | Romania |
| Braze Inc | | 63 Madison Avenue | 13th Floor | New York | NY | 10016 | |
| Brighthire Inc. | | 160 Varick Street | | New York | NY | 10013 | |
| Brill LLC | | 4546 West El Camino Real | B10 326 | Los Altos | CA | 94022 | |
| Brilliant Gifts LLC | | 2261 Market Street | #4801 | San Francisco | CA | 94114 | |
| Brinkhof N.V. | | Grote Bickersstraat | 74-78 | Amsterdam | NH | 1013 KS | |
| BrowserStack | | 8th Floor, Block E | Iveagh Court, Harcourt Road | Dublin | | | Ireland |
| Browserstack Inc (deleted) | | 4512 Legacy Drive | Suite 100 | Plano | TX | 75024 | |
| Bryson, Harris, Suciu Demay | | 176 Mine Lake Court | Suite 100 | Raleigh | NC | 27615 | |
| Budwin Kamprath Burgess Campbell PLLC | | 508 Oakwood Estates Blvd. | | Marshall | TX | 75672 | |
| byG, LLC | | 132 Magnolia Trace | | Milner | GA | 30257 | |
| Cadre Creative Labs OPC | | Advent Business Center, 139 Acacia St | | Lahug | | 6000 | Philippines |
| Calendly | | 115 E Main St., Suite A1B | | Buford | GA | 30518 | |
| California Department of Tax and Fee Administration (CDTFA) | | Account Information Group, MIC: 29 | PO Box 942879 | Sacramento | CA | 94279-0029 | |
| California Employment Development Department (EDD) | | PO Box 989071 | | West Sacramento | CA | 95798-9071 | |
| California Franchise Tax Board (FTB) | | Bankruptcy Section, MS: A-340 | PO Box 2952 | Sacramento | CA | 95812-2952 | |
| California Water Service Group | | PO Box 7229 | | San Francisco | CA | 94120-7229 | |
| Cammisa Markel PLLC | | 150 Nassau Street | Suite 3E | New York | NY | 10038 | |
| Canteen Refreshment Services | | PO Box 50196 | | Los Angeles | CA | 90074-0196 | |
| Canva | | 3212 E. Cesar Chavez Street, Building 1, Suite 1300 | | Austin | TX | 78702 | |
| Capcut | | 1 Raffles Quay | #26-10, South Tower | | | 048583 | Singapore |
| Capezza Hill, LLP | | 30 South Pearl Street | | Albany | NY | 12207 | |
| Career Sandwich, LLC | | 2655 Edgevale Rd. | | Columbus | OH | 43221 | |
| Carta | | 333 Bush St., Floor 23, Suite 2300 | | San Francisco | CA | 94104 | |
| Carta (Eshares) | | 333 Bush Street | | San Francisco | CA | 94105 | |
| Carta Investor Services, Inc. | | 333 Bush Street | Floor 23 | San Francisco | CA | 94104 | |
| Cartesia AI | | 555 De Haro Street, Suite 300 | | San Francisco | CA | 94107 | |
| Castle Global Inc. | | 575 Market Street | 15th Floor | San Francisco | CA | 94105 | |
| Catch | | 1380 Lead Hill Boulevard | Suite 160 | Roseville | CA | 95661 | |
| Chase | | 1111 Polaris Parkway | | Columbus | OH | 43240 | |
| ChatGPT | | 1455 3rd Street | | San Francisco | CA | 94158 | |
| Checkr | | 1 Montgomery Street, Suite 2400 | | San Francisco | CA | 94104 | |
| Chromatic | | 548 Market Street, Suite 26384 | | San Francisco | CA | 94104 | |
| Cinder Technologies Inc | | 169 Madison Avenue #2258 | | New York | NY | 10016 | |
| Cintas | | PO Box 631025 | | Cincinnati | OH | 45263-1025 | |
| Cleverbridge | | 350 N. Clark Street | #700 | Chicago | IL | 60654 | |
| Clickhouse | c/o Goodwin Procter LLP | 601 Marshall St | | Redwood City | CA | 94063 | |
| Cloudflare | | 101 Townsend St. | | San Francisco | CA | 94107 | |
| Cloudflare, Inc. | | 101 Townsend Street | | San Francisco | CA | 94107 | |
| CNA Insurance | | PO Box 74007619 | | Chicago | IL | 60674-7619 | |
| Coderpad | | 44 Montgomery Street | Floor 3 | San Francisco | CA | 94104 | |
| CoderPad Inc. | | 44 Montgomery St | Floor 3 | San Francisco | CA | 94104 | |
| Colfax International | | 2805 Bowers Ave, Suite 230 | | Santa Clara | CA | 95051 | |
| Comcast | | One Comcast Center | | Philadelphia | PA | 19103-2838 | |
| Comcast Business services | | PO Box 60533 | | City Of Industry | CA | 91716 | |
| Commonwealth of Kentucky | | 200 Metro Street, 5th Floor | | Frankfort | KY | 40622 | |
| Commonwealth of Pennsylvania | | 1601 Elmerton Ave | | Harrisburg | PA | 17110 | |
| Company Policy LLC | | 27 8th St | | East Hampton | NY | 11937 | |
| ComputerCare | | 700 Airport Blvd. #110 | | Burlingame | CA | 94010 | |
| Confluent Cloud | | 899 W. Evelyn Avenue | | Mountain View | CA | 94041 | |
| Confluent Inc. | | 899 West Evelyn | | Mountain View | CA | 94041 | |
| Confluent Technology Group | | 899 West Evelyn Avenue | | Mountain View | CA | 94041 | |
| Connect Safely | | 3481 Greer Rd | | Palo Alto | CA | 94303-4211 | |
| Connecticut Department of Revenue Services (DRS) | | 450 Columbus Boulevard | Suite 1 | Hartford | CT | 06103 | |
| Convex (Lloyd’s of London) | c/o Price Forbes & Partners | 2 Minster Court, Mincing Lane | | London | | EC3R 7PD | United Kingdom |

STRETTO

**Creditor Matrix**
as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Cooley LLP | | 3 Embarcadero Center | 20th Floor | San Francisco | CA | 94111 | |
| Corovan Moving & Storage Co. | | 12302 Kerran Street | | Poway | CA | 92064 | |
| Counsel for the Plaintiff | | 24, Barakhamba Road | 11th Floor, Ashoka Estate | New Delhi | | 110 001 | India |
| Covalent Marketing | | 1212 North Ashland Avenue | | Chicago | IL | 60622 | |
| Covington Burling LLP | | 620 Eighth Avenue | | New York City | NY | 10018-1405 | |
| CRC Insurance Services, LLC | | 700 El Camino Real | Suite 120 | Menlo Park | CA | 94025 | |
| Crowdstrike | | 206 E. 9th Street | | Austin | TX | 78701 | |
| Crusoe Energy Systems LLC | | 255 Fillmore Street | | Denver | CO | 80206 | |
| CSC | | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| CT Corporation System | | CT Corporation System | PO Box 4349 | Carol Stream | IL | 60197-4349 | |
| Cursor | | 2261 Market Street Ste 86466 | | San Francisco | CA | 94114 | |
| Cursor | | 801 West End Avenue | | New York City | NY | 10025 | |
| Dan Klores Communications, LLC | | 261 Fifth Ave | 3rd Floor | New York | NY | 10016 | |
| Daniel M, LLC | | 110 West Vine Street | 411 | Lexington | KY | 40507 | |
| data.ai inc. | | 44 Montgomery St., 3rd Floor | | San Francisco | CA | 94104 | |
| Databricks | | 160 Spear Street Suite 1300 | | San Francisco | CA | 94105 | |
| Datadog Inc. | | 620 8th ave | 45th floor | New York City | NY | 10018 | |
| Daversa Partners | | 33 Riverside Avenue | 3rd Floor Suite 300 | Westport | CT | 6880 | |
| DaVinci AV, Inc. | | 1485 Treat Boulevard | | Walnut Creek | CA | 94597 | |
| Davis Graham & Stubbs LLP | | 3400 Walnut Street | | Denver | CO | 80205 | |
| Daybreak Labs Inc. | | 60 Atlantic Avenue | Suite 200 | Toronto | ON | M6K 1X9 | Canada |
| Delaware Division of Corporations (Dept. of State) | | Division of Corporations | PO Box 898 | Dover | DE | 19903 | |
| Delaware Secretary of State | | 401 Federal Street | | Dover | DE | 19901 | |
| Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 | |
| DeleteMe | | One Marina Park Drive | Suite 1410 | Boston | MA | 2210 | |
| Delphi AI | | 850 Montgomery Street, Suite 350 | | San Francisco | CA | 94133 | |
| DigiCert, Inc. | | 2801 North Thanksgiving Way, Suite 500 | | Lehi | UT | 84043 | |
| DigitalOcean LLC | | 105 Edgeview Drive, Suite 425 | | Broomfield | CO | 80021 | |
| Directorate of the Federal Service for Supervision of Communications, Information Technology and Mass Media for the Central Federal District | | 2 Starokashirskoye Highway, Building 10, GSP-7 | | Moscow | | 117997 | Russia |
| Discord | | 444 De Haro Street #200 | | San Francisco | CA | 94107 | |
| Discover Beagle Inc. | | 738 140th Avenue Northeast | | Bellevue | WA | 98005 | |
| Disney | c/o Skadden, Arps, Slates, & Meagher & Flom LLP | Attn: Brandon Van Dyke, Ron E. Meisler, & Samuel J. Cammer | One Manhattan West | New York | NY | 10001 | |
| District of Columbia | Office of The Attorney General | 400 6th Street NW | | Washington | DC | 20001 | |
| DJ Lubel | | 517 Raindance Street | | Thousand Oaks | CA | 91360 | |
| Docusign | | 221 Main St., Suite 800 | | San Francisco | CA | 94105 | |
| Docusign | | PO Box 735445 | | Dallas | TX | 75373-5445 | |
| DoorDash | | 303 2nd Street South Tower 800 | | San Francisco | CA | 94107 | |
| Dropbox | | 50 Hawthorne St. | | San Francisco | CA | 94105 | |
| EasyLlama | | 440 N Barranca Ave #3753 | | Covina | CA | 91723 | |
| EasyLlama Inc | | 440 N Barranca Ave 3753 | | Covina | CA | 91723 | |
| Ech Immigration Llc | | 2840 West Bay Dr 132 | | Largo | FL | 33770 | |
| Elektronik Verden | | 104 East Houston | Suite 300 | Marshall | TX | 75670 | |
| Eleven Labs inc. | | 169 Madison Avenue | | New York | NY | 10016 | |
| ElevenLabs | | 169 Madison Ave #2484 | | New York | NY | 10016 | |
| Elis OS Inc. | | 70 Conant Valley Rd | | Pound Ridge | NY | 10576 | |
| Elizabeth Wagner | | 2204 NW High Lakes Loop | | Bend | OR | 97703 | |
| EM Marketing, Inc. | | 3798 Bret Harte Drive | | Redwood City | CA | 94061 | |
| Embroker | | 18W140 Butterfield Road | Suite1010 | Oakbrook Terrace | IL | 60181 | |
| Enneagram Test | | 3355 US Highway 209 | | Stone Ridge | NY | 12484 | |
| Environmental Protection Agency | | 1200 Pennsylvania Avenue, N.W. | | Washington | DC | 20460 | |
| Envoy | | 410 Townsend Street, 4th Floor | | San Francisco | CA | 94107 | |
| Envoy Inc. | | 410 Townsend Street Suite 410 | | San Francisco | CA | 94107 | |
| Epiq eDiscovery Solutions Inc | | 777 Third Ave. | 12th Floor | New York | NY | 10017 | |
| European Commission (European AI Office) | | Rue de la Loi 200 | | Brussels | | 1049 | Belgium |
| Everline Resort Spa (deleted) | | 400 Resort Road | | Olympic Valley | CA | 96146 | |
| Excalidraw | | Prazakova 1008/69 | | Brno | | 639 00 | Czech Republic |
| Expedition Design LLC | | 8402 Burrell Dr | | Austin | TX | 78757 | |
| expoIT | | 3 Corporate Park Drive | Unit 1 | Derry | NH | 03038-2281 | |

STRETTO

# Creditor Matrix

as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Fal | | 2261 Market St. Suite 10467 | | San Francisco | CA | 94114 | |
| Fanatical LLC | | 7473 Glendevon Lane | Unit 406 | Delray Beach | FL | 33446 | |
| FBT Gibbons LLP | | PO Box 70087 | | Louisville | KY | 40270-0087 | |
| Federal Trade Commission | | 600 Pennsylvania Avenue, NW | | Washington | DC | 20580 | |
| Fellow.App | | 532 Montreal Rd #275 | | Ottawa | ON | K1K 4R4 | Canada |
| Figma | | 760 Market St. | Floor 5 | San Francisco | CA | 94102 | |
| Fireworks.Ai | | 2317 Broadway Suite 200 | | Redwood City | CA | 94063 | |
| Fizz Social Corp | | 584 Broadway | Ste 510 | New York | NY | 10012 | |
| Florida Department of Revenue | | Bankruptcy Unit | PO Box 6668 | Tallahassee | FL | 32314-6668 | |
| Flour & Branch | | 155A S. Park St. | | San Francisco | CA | 94107 | |
| FluidStack | | 651 North Broad Street | Suite 206 | Middletown | DE | 19709 | |
| Forge | c/o Price Forbes & Partners | 2 Minster Court, Mincing Lane | | London | | EC3R 7PD | United Kingdom |
| Frame | | | | | | | |
| Franchise Tax Board | | PO Box 942857 | | Sacramento | CA | 94257 | |
| Frank Rimerman | | 60 South Market Street Suite 500 | | San Jose | CA | 95113 | |
| Frank, Rimerman + Co., LLP | | 60 South Market Street | Suite 500 | San Jose | CA | 95113 | |
| FTI Consulting inc. | | PO Box 418005 | | Boston | MA | 2241 | |
| Funnel, Inc. | | 175 Federal Street | | Boston | MA | 2110 | |
| Fusion Electronics Technology Limited | | Fusion Electronics Technology Limited | | New York | NY | 10001 | |
| Fusion Talent | | 612 Glenwood Ave. | | Mill Valley | CA | 94941 | |
| Gallagher Brokerage & Insurance Solutions, Inc. | | PO Box 103627 | | Pasadena | CA | 91189-3627 | |
| Garante per la Protezione dei Dati Personali | | Piazza Venezia, 11 - 00187 | | Rome | | 00187 | Italy |
| Gaslamp Media | | 1566 Simpson Way | | Escondido | CA | 92029 | |
| Gassed | | 13528 NE 113th Way | | Vancouver | WA | 98682 | |
| Genspark | | 1207 Delaware Avenue | | Wilmington | DE | 19806 | |
| Ghost | | | | | | | |
| Gibbs Mura LLP | | 1111 Broadway | Suite 2100 | Oakland | CA | 94607 | |
| Gillam Smith LLP | | 303 S. Washington Ave | | Marshall | TX | 75670 | |
| Gitbook | | 440 North Barranca Avenue, Suite 7171 | | Covina | CA | 91723 | |
| Github | c/o Corporation Service Company | 2710 Gateway Oaks Drive, Suite 150N | | Sacramento | CA | 95833-3505 | |
| Glean Technologies, Inc | | 260 Sheridan Avenue | Suite 300 | Palo Alto | CA | 94306 | |
| Glenn Agre Bergman & Fuentes LLP | | 1185 Avenue of the Americas | | New York | NY | 10036 | |
| Global Guardian LLC | | 8280 Greensboro Drive Suite 750 | | Mclean | VA | 22102 | |
| Gnarus Advisors LLC | | 2029 Century Park East | Suite 400 | Los Angeles | CA | 90067 | |
| GoDaddy | | 100 S. Mill Ave Suite 1600 | | Tempe | AZ | 85281 | |
| Goel Strategies, LLC | | 7317 Beranger Dr. | | Irving | TX | 75063 | |
| Golden Gate Office Solutions | | 927 Howard Street | | San Francisco | CA | 94103 | |
| Golden Parachute Tax Solutions, LLC | | 51 John F Kennedy Parkway | First Floor West | Short Hills | NJ | 7078 | |
| GoLinks | | 2558 Forest Avenue | | San Jose | CA | 95117-1117 | |
| Google LLC | | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| Google LLC | | PO Box 883654 | | Los Angeles | CA | 90088 | |
| Google One | | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| Google Play | | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| Google Play (Ramp Vendor) | | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| Google Workspace | | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | |
| Grammarly | | 2261 Market Street Ste 85232 | | San Francisco | CA | 94114 | |
| Growth by Design Talent, LLC | | 17053 Castello Circle | | San Diego | CA | 92127 | |
| Growthbook | | 1950 W Corporate Way #34560 | | Anaheim | CA | 92801 | |
| GummySearch | | | | | | | |
| Hackerone | | 548 Market Street PMB 24734 | | San Francisco | CA | 94104 | |
| HackerOne, Inc. | | PO Box 166 | | San Francisco | CA | 94104 | |
| Haimo Bai | | 921 Mountain Ash Ter, Unit 10 | | Sunnyvale | CA | 94086 | |
| Hamilton (Lloyd's of London) | | 8 Fenchurch Place | | London | | EC3M 4AJ | United Kingdom |
| Hartford Fire Insurance Company | | One Hartford Plaza | | Hartford | CT | 06155 | |
| HashiCorp | | 101 2Nd Street, Suite 700 | | San Francisco | CA | 94105 | |
| Hawaii Department of Taxation | | PO Box 3559 | | Honolulu | HI | 96811-3559 | |
| Hedra | | 2261 Market Street Ste 5341 | | San Francisco | CA | 94114 | |
| Hex Technologies | | 2261 Market Street #4233 | | San Francisco | CA | 94114 | |
| HeyGen | | 12130 Millennium Drive, Suite 300 | | Los Angeles | CA | 90094 | |

STRETTO

# Creditor Matrix

as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Higgsfield | | 535 Mission St, 14th Floor | | San Francisco | CA | 94105 | |
| HireArt Inc. | | 135 West 29th Street | Suite 500 | New York | NY | 10001 | |
| Hitch Partners, LLC | | 2028 E Ben White BLVD | #240-1313 | Austin | TX | 78741 | |
| Hogan Lovells US LLP | | Columbia Square | 555 Thirteenth Street, NW | Washington | DC | 20004 | |
| Honeycomb.io | | 548 Market Street, 25362 | | San Francisco | CA | 94104-5401 | |
| HP Store | | 1501 Page Mill Road | | Palo Alto | CA | 94304 | |
| Hunton Andrews Kurth LLP | | 919 East Byrd Street | | Richmond | VA | 23219 | |
| Iconosquare | | 12 rue Armand Barbes | | Limoges | | 87000 | France |
| Ideogram | | 320 Bay St, Suite 700 | | Toronto | ON | M5H 4A6 | Canada |
| il Mercato di Che Fico | | 1300 El Camino Real | | Menlo Park | CA | 94025 | |
| Il Mercato di Che Fico | | 838 Divisadero Street | | San Francisco | CA | 94117 | |
| iMerit | | 160 West Santa Clara St. | Suite 600 | San Jose | CA | 95113 | |
| IMS Legal Strategies | | 10101 Reunion Place | | San Antonio | TX | 78216 | |
| Include Security LLC | | 7643 Gate Parkway | Ste 104-1580 | Jacksonville | FL | 32256 | |
| Incogni | | 25910 Acero, Suite 240 | | Mission Viejo | CA | 92691 | |
| Indigo Live | | 175 Cascade Ct Ste B | | Rohnert Park | CA | 94928 | |
| Information Commissioner's Office | | 4th Floor, No. 3 Circle Square | 5 Hawkshaw Street | Manchester | | M1 7BL | United Kingdom |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service (IRS) | | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 | |
| Internet Watch Foundation | | Canopy House 296 Science Park Milton Road | | Cambridge | | CB4 0WD | United Kingdom |
| Intuit | | 2700 Coast Avenue | | Mountain View | CA | 94043 | |
| Invertase Limited | c/o Banks Sheridan Ltd | Datum House Electra Way | | Crewe | | CW1 6ZF | United Kingdom |
| Invisible Technologies Inc. | | 548 Market Street | #85820 | San Francisco | CA | 94104 | |
| JAMS, Inc. | | 18881 Von Karman Ave #350 | | Irvine | CA | 92612 | |
| Jangaapps | | | | | | | |
| January One Co. | | 4250 4th Avenue | | Los Angeles | CA | 90008 | |
| Jetbrains | | Na Hrebenech II 1718/8 | | Prague | | 14000 | Czech Republic |
| JSA+Partners | | 220 26th Street | Ste 202 | Santa Monica | CA | 90402 | |
| Kahoot | | Kronprinsesse Marthas plass 1 | | Oslo | | 0160 | Norway |
| Kahoot! ASA Brex | | Fridtjof Nansens Plass 7 | | Oslo | | 0160 | Norway |
| Kandji | | 100 1st Street | 4th Floor | San Francisco | CA | 94105 | |
| Kandji, Inc. | | 101 West Broadway | Ste 1440 | San Diego | CA | 92101 | |
| Karlon Group LLC | | 2108 N Street | Ste 5832 | Sacramento | CA | 95816 | |
| KBM Hogue | | 160 W Santa Clara St | Suite 102 | San Jose | CA | 95113 | |
| Kentucky Office of the Attorney General | | 1024 Capital Center Drive | Suite 200 | Frankfort | KY | 40601 | |
| Kidentify Pte Limited | | 83 Keong Saik, #02-01 | | | | 089168 | Singapore |
| Kindred Partners, LLC | | 680 Washington Boulevard | Suite 850 | Stamford | CT | 6901 | |
| King, Blackwell, Zehnder & Wermuth P.A. | | 25 East Pine Street | | Orlando | FL | 32801 | |
| Koko AI | | 2021 Fillmore Street | #204 | San Francisco | CA | 94115 | |
| Kombu Kitchen SF, LLC | | 8605 Santa Monica Blvd | Suite 80878 | West Hollywood | CA | 90069 | |
| KPMG | | Two Manhattan West | 375 9th Avenue | New York | NY | 10001 | |
| KPMG LLP | | 3 Chestnut Ridge Road | | Montvale | NJ | 7645 | |
| KREA | | 781 Beach St, Floor 2 | | San Francisco | CA | 94109 | |
| Lamar Doss | | 2805 Torrance Road | | Warrior | AL | 35180 | |
| Late Checkout, LLC | | 4000 Island Blvd Apt 901 | | Aventura | FL | 33160 | |
| Latham & Watkins LLP | | 555 West Fifth Street | Suite 300 | Los Angeles | CA | 90013 | |
| Legal Partners Group LLC | | 134 North La Salle Street | Suite 800 | Chicago | IL | 60602 | |
| Lessin Media Company | | 20 West 22nd Street, Suite 1006 | | New York | NY | 10010 | |
| Lever Inc. | | Dept 0569 | PO Box 120569 | Dallas | TX | 75312-0569 | |
| Lilt Inc | | 2 Embarcadero Center | | San Francisco | CA | 94111 | |
| Linear | | 2261 Market St STE 10632 | | San Francisco | CA | 94114 | |
| Linguistic Data Consortium Brex | | 3600 Market St., Suite 810 | | Philadelphia | PA | 19104-2653 | |
| LinkedIn | | 1000 W. Maude Ave | | Sunnyvale | CA | 94085 | |
| LinkedIn Corporation | | 62228 Collections Center Dr | | Chicago | IL | 60693-0622 | |
| Litmus Brex | | 675 Massachusetts Ave., 10th Floor | | Cambridge | MA | 02139 | |
| Livekit | | 4285 Payne Avenue | #9154 | San Jose | CA | 95157 | |
| Livekit Brex | | 4285 Payne Avenue #9154 | | San Jose | CA | 95157 | |
| Lloyd's America, Inc. | Attn: Legal Department | 280 Park Avenue | East Tower, 25th Floor | New York | NY | 10017 | |
| LLuminet | | 13544 E 185th Ct | | Renton | WA | 98058 | |
| Lokalise | | 3500 South DuPont Highway | Suite BZ-101 | Dover | DE | 19901 | |

STRETTO

# Creditor Matrix

as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Loom | | 5214F Diamond Heights Blvd #3391 | | San Francisco | CA | 94131 | |
| Loop | | 562 Halls Corners Rd | | Dover Plains | NY | 12522 | |
| LottieFiles | | | | | | | |
| Lovable | | 1 Lincoln Street | | Boston | MA | 02111 | |
| Lucidchart | | 10355 South Jordan Gateway | | South Jordan | UT | 84095 | |
| Luma AI | | 715 Alma Street | | Palo Alto | CA | 94301 | |
| Lumibuild Inc | | 4089 Emery Street | | Emeryville | CA | 94608 | |
| Magnific AI | | 13 Molina Lario Street, 5th floor | | Malaga | | 29015 | Spain |
| Manus AI | | 109 North Bridge Road | #06-W112, Funan | | | 179097 | Singapore |
| Mary-eve McNerey | | 667 Haight Street | | San Francisco | CA | 94117 | |
| Massachusetts Department of Revenue | | Collections Bureau/Bankruptcy Unit | PO Box 7090 | Boston | MA | 02204-7090 | |
| Matten Law LLP | | 9255 Sunset Blvd Suite 1100 | | West Hollywood | CA | 90069 | |
| McCollom D'Emilio Smith Uebler | | Little Falls Centre Two | 2751 Centerville Road, Suite 401 | Wilmington | DE | 19808 | |
| McKool Smith P.C. | | 104 East Houston | Suite 300 | Marshall | TX | 75670 | |
| Medicines and Healthcare products Regulatory Agency (MHRA) | | 10 South Colonnade | Canary Wharf | London | | E14 4PU | United Kingdom |
| Mellis Inc. | | 849 High Street | | Palo Alto | CA | 94301 | |
| Meshy LLC | | 111 W Evelyn Avenue | | Sunnyvale | CA | 94086-6146 | |
| Meta Platforms Inc. | | 1 Meta Way | | Menlo Park | CA | 94025 | |
| Michigan Department of Treasury | Attn: Litigation Liaison | Tax Policy Division | 2nd Floor, Austin Building, 430 West Allegan Street | Lansing | MI | 48922 | |
| Microsoft Azure | | One Microsoft Way | | Redmond | WA | 98052-6399 | |
| Microsoft Office / Azure | | One Microsoft Way | | Redmond | WA | 98052-6399 | |
| Microsoft Store | | CELA Arbitration, One Microsoft Way | | Redmond | WA | 98052-6399 | |
| Midjourney Inc. | | 611 Gateway Blvd. Ste 120 | | South San Francisco | CA | 94080-7066 | |
| Miller Barondess, LLP | | 2121 Ave of the Stars | Suite 2600 | Los Angeles | CA | 90067 | |
| Minami Tamaki LLP | | 101 Montgomery Street | Suite 825 | San Francisco | CA | 94104 | |
| Minami Tamaki LLP - Trust Account Replenishment | | 345 California Street | | San Francisco | CA | 94104 | |
| Miro | | 315 Montgomery Street, Suite 900 | | San Francisco | CA | 94104 | |
| Misha Julian Nicholas Cornes | | 436 Hamilton Street | | San Francisco | CA | 94134 | |
| Mobbin.Design | | 75 Ayer Rajah Crescent, #02-02 | | Singapore | | 139953 | Singapore |
| ModernLoop, Inc. | | 2261 Market Street | 4247 | San Francisco | CA | 94114 | |
| Moloco, Inc. | | 135 Commonwealth Drive | | Menlo Park | CA | 94025 | |
| Monarch Money | | 440 N Barranca Ave #3955 | | Covina | CA | 91723 | |
| Morgan Stanley | | 1585 Broadway | | New York | NY | 10036 | |
| Morph Labs | | 580 Howard Street | Unit 403 | San Francisco | CA | 94105 | |
| Morris, Nichols, Arsht & Tunnell LLP | | 1201 North Market Street | 16th Floor | Wilmington | DE | 19801 | |
| Morrison & Foerster LLP | | 425 Market Street | | San Francisco | CA | 94105 | |
| Moss Investigations | | 2166 Maine Avenue | | Long Beach | CA | 90806 | |
| Muck Rack LLC | | PO Box 21131 | | New York | NY | 10087-1131 | |
| Mummert Consulting LLC | | 6370 Ivy St. | Apt. 4 | Nashville | TN | 37209 | |
| Munger, Tolles & Olson LLP | | 350 South Grand Avenue | 50th Floor | Los Angeles | CA | 90071-3426 | |
| Munger, Tolles & Olson LLP | | PO Box 847424 | 50th Floor | Los Angeles | CA | 90084 | |
| Musicvine Subscription | | Tailors Corner, 1 Thirsk Row | | Leeds | | LS1 4DP | England |
| Nanonoble | | 8 Kaki Bukit Road 2 | #01-31, Ruby Warehouse Complex | | | 417841 | Singapore |
| National Fire & Marine Insurance Company (Berkshire Hathaway) | | 1314 Douglas Street | Suite 1400 | Omaha | NE | 68102-1944 | |
| National Fire Insurance Company of Hartford (CNA) | | 151 N Franklin St | | Chicago | IL | 60606 | |
| NCC Group Security Services, Inc. | | 650 California Street, Suite 2950 | | San Francisco | CA | 94108 | |
| Nebius B.V. | | Schiphol Boulevard 165 | | Schiphol | | 1118 BG | Netherlands |
| New Engen Inc. | | File 2694 1801 W. Olympic Blvd | | Pasadena | CA | 91199-2694 | |
| New Jersey Division of Taxation | | Bankruptcy Unit | 3 John Fitch Way, 5th Floor, P.O. Box 245 | Trenton | NJ | 08695-0245 | |
| New York City Department of Finance | | 66 John Street | 13th Floor | New York | NY | 10038 | |
| New York State Department of Taxation and Finance | | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 | |
| Newmark Company Real Estate Inc. | | 125 Park Avenue | | New York | NY | 10017 | |
| Ngrok | | 548 Market Street | PMB 26741 | San Francisco | CA | 94104 | |
| Nimble Apes - UK | | 2 Bewsbury Cross Lane | | Whitfield | | CT16 3HB | United Kingdom |
| Ninja Partners, LLC | | 3008 Taylor Street | | Dallas | TX | 75226 | |
| NordVPN | | PH F&F Tower, 50th Street & 56th Street | Suite #32-D, Floor 32 | Panama City | | | Republic of Panama |

STRETTO

# Creditor Matrix

as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Normand Law PLLC | | PO Box 140036 | | Orlando | FL | 32814 | |
| Normand PLLC | | 3165 McCrory Place | Suite 175 | Orlando | FL | 32803 | |
| Notion | | 2300 Harrison Street | | San Francisco | CA | 94110 | |
| Notion Labs | | 685 Market Street | | San Francisco | CA | 94105 | |
| Notta | c/o Tricor Singapore Pte. Ltd. | 9 Raffles Place, #26-01 Republic Plaza | | | | 048619 | Singapore |
| Nua Group LLC | | 236 West Portal Ave | #320 | San Francisco | CA | 94127 | |
| Numeral Two, Inc. | | 301 Howard Street | | San Francisco | CA | 94105 | |
| NYC Department Of Finance | | PO Box 3933 | | New York | NY | 10008-3933 | |
| NYS Department of Taxation & Finance | | PO Box 15163 | | Albany | NY | 12212-5163 | |
| NYS Unemployment Insurance | | PO Box 4301 | | Binghamton | NY | 13092-4301 | |
| Obsidian.Md | | 1376 Ferncrest Road | | Oakville | ON | L6H 7W3 | Canada |
| Office of Communications (OFCOM) | | Quartermile One | 15 Lauriston Place | Edinburgh | | EH3 9EP | United Kingdom |
| Office of Foreign Assets Control, U.S. Department of the Treasury | | Treasury Annex | 1500 Pennsylvania Avenue, N.W. | Washington | DC | 20220 | |
| Office of the Attorney General of Colorado | | 1300 Broadway | 9th Floor | Denver | CO | 80203 | |
| Office of the Attorney General of Florida | | 3507 East Frontage Road | Suite 325 | Tampa | FL | 33607 | |
| Office of the Attorney General of New Mexico | | 408 Galiseto Street | | Santa Fe | NM | 87501 | |
| Office of the Attorney General of Texas | | 300 W. 15th St. | 9th Floor | Austin | TX | 78701 | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Office of the United States Trustee | | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | |
| Okta, Inc. | | PO Box 743620 | | Los Angeles | CA | 90074-3620 | |
| O'Melveny & Myers, LLP | | 400 South Hope St | | Los Angeles | CA | 90071 | |
| One Digital Investment Advisors LLC | | 200 Galleria Parkway Ste 1950 | | Atlanta | GA | 30339 | |
| OpenAI | | 1455 3rd Street | | San Francisco | CA | 94158 | |
| OpenRouter | | 169 Madison Ave #2404 | | New York | NY | 10016 | |
| Oracle | | PO Box 884471 | | Los Angeles | CA | 90088 | |
| Orgio, Inc. | | 118 Spring Street, 7Th Floor | | New York | NY | 10012 | |
| Pacific Gas & Electric | | 300 Lakeside Drive | | Oakland | CA | 94612 | |
| PAG Consultants, LLC | | 14741 Franklin Avenue | Suite B | Tustin | CA | 92780 | |
| PagerDuty | | 600 Townsend Street #200 | | San Francisco | CA | 94103 | |
| Palo Alto Networks Inc. | | 3000 Tannery Way | | Santa Clara | CA | 95054 | |
| Pappas Electric | | 1871 Carob ct | | Gilroy | CA | 95020 | |
| Paragon | | 45 Nod Road | | Avon | CT | 6001 | |
| Pareto | | 4023 Kennett Pike | #52468 | Wilmington | DE | 19807 | |
| Parker Remick LLC | | 1050 Larrabee Ave | Ste 104 PMB 2155 | Bellingham | WA | 98225 | |
| Pennsylvania Department of State | | 401 North Street | Rm 306 | Harrisburg | PA | 17120 | |
| Perkins Coie LLP | | PO Box 24643 | Suite 4900 | Seattle | WA | 98124 | |
| Perplexity AI | | 2261 Market Street, Ste. 14441 | | San Francisco | CA | 94114 | |
| Persona Identities Inc. | | 981 Mission Street | | San Francisco | CA | 94103 | |
| Physion Labs | | 800 Bellevue Way NE, Suite 500 | | Bellevue | WA | 98004 | |
| Pika.art | | 849 High St | | Palo Alto | CA | 94301 | |
| PlayHT(Refund) | | 301 High Street | | Palo Alto | CA | 94301 | |
| Portal Inc. | | 519 Broome Street | | New York | NY | 10013 | |
| Porto Rocha LLC | | 75 Stewart Avenue, Unit 315 | | Brooklyn | NY | 11237 | |
| Positively Selfish | | 1398 Brookside Drive | | Danville | CA | 94526 | |
| Postman | | 1 Market Plaza, Ste 0800, Steuart Tower | | San Francisco | CA | 94105 | |
| Premier Property Management | | 539 Alma Street | | Palo Alto | CA | 94301 | |
| Price Forbes & Partners (Ardonagh Specialty Limited) | | 2 Minster Court | Mincing Lane | London | | EC3R 7PD | United Kingdom |
| Prime Intellect Inc. | | 1111b South Governors Avenue | | Dover | DE | 19904 | |
| Prospect | | | | | | | |
| Proxyman | | 1209 Orange Street | | Wilmington | DE | 19801 | |
| QBE | c/o CT Corporation System | 314 East Thayer Avenue | | Bismarck | ND | 58501 | |
| Quantum Talent Group | | 1401 North Venetian Way | | Miami Beach | FL | 33139 | |
| Quest Innovation Labs | | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| Quinn Emanuel Urquhart & Sullivan, LLP | | 865 South Figueroa Street | | Los Angeles | CA | 90017 | |
| Raycast | | 3rd Floor 1 Ashley Road | | Altrincham | Cheshire | WA14 2DT | United Kingdom |
| Readthedocs.com | | 4535 SE Francis St | | Portland | OR | 97206 | |
| Receptiviti Inc. | | 150 Bloor Street West | | Toronto | ON | M5S 1M4 | Canada |
| Recology San Mateo County | | PO Box 848268 | | Los Angeles | CA | 90084-8268 | |
| Red Cloud LLC | | 1600 Sawtelle Boulevard | Suite 110 | Los Angeles | CA | 90025 | |

STRETTO

## Creditor Matrix
as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| RED Law Group PC | | 1 Embarcadero Center | Suite 1200 | San Francisco | CA | 94111 | |
| Reed Smith LLP | | Global Customer Centre | 20 Stanwix Street, Suite 1200 | Pittsburgh | PA | 15222 | |
| Remotely Works Inc | | 228 Park Avenue South | | New York | NY | 10003 | |
| Remotely Works Inc | | 90 Furman Street | Apt N218 | Brooklyn | NY | 11201 | |
| Replicate, Inc | | 2261 Market Street | | San Francisco | CA | 94114 | |
| RevenueCat Inc. | | 1032 East Brandon Boulevard | PMB 3003 | Brandon | FL | 33511 | |
| Right Side Up LLC | | 9901 Brodie Lane Suite 160 Pmb 515 | | Austin | TX | 78748 | |
| Right Turn | | 3553 Atlantic Blvd 301 | | Long Beach | CA | 90807 | |
| Riocal, LLC | | 1452 Gordon St Apt 8 | | Redwood City | CA | 94061 | |
| Rippling | | 430 California Street | Floor 11 | San Francisco | CA | 94104 | |
| Risk Placement Services, Inc. | | 300 S. Riverside Plaza | Suite 1500 | Chicago | IL | 60607 | |
| Robinhood Markets, Inc. | | 85 Willow Road | | Menlo Park | CA | 94025 | |
| Rocket (Neatly Technologies Inc.) | | 210 Milwaukee Place | Rocket | Danville | CA | 94526 | |
| Roskomnadzor (Russian Federal Service for Supervision of Communications, Information Technology and Mass Media) | | 7 Bldg 2, Kitaigorodskiy Proezd | | Moscow | | 109074 | Russia |
| RSUI | | 945 East Paces Ferry Road NE | Suite 1800 | Atlanta | GA | 30326-1160 | |
| runpod.io | | 329 Bryant St #4D | | San Francisco | CA | 94107 | |
| Runway | | 800 North State Street Suite 304 | | Dover | DE | 19901 | |
| Safe House Corp | | 1327 Del Mar Avenue | | Vallejo | CA | 94589 | |
| Safetykit Inc. | | 400 Alabama Street | | San Francisco | CA | 94110 | |
| Scale AI Inc. | | 650 Townsend Street | | San Francisco | CA | 94103 | |
| Scalrr | | 4605 Northeast 18th Avenue | | Portland | OR | 97211 | |
| Screenplay Studios | | 96 Spring Street, 8th Floor | | New York | NY | 10012 | |
| Securities & Exchange Commission (SEC) | | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities & Exchange Commission (SEC) | | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| SendGrid | | 101 Spear Street | First Floor | San Francisco | CA | 94105 | |
| SensorTower | | 275 Battery St, Suite 800 | | San Francisco | CA | 94111 | |
| Sentry | | 45 Fremont Street | 8th Floor | San Francisco | CA | 94105-2250 | |
| Sheppard Mullin Richter & Hampton LLP | | 333 South Hope St. | 43rd Floor | Los Angeles | CA | 90071 | |
| Signature Resolution, LLC | | 633 West 5th Street | | Los Angeles | CA | 90071 | |
| Silicon Valley Bank | | 3003 Tasman Dr | | Santa Clara | CA | 95054 | |
| Similarweb | | 33 Yitzhak Rabin Rd. | | Givatayim | | | Israel |
| SimilarWeb Inc. | | 6 East 32nd Street | | New York | NY | 10016 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | | One Manhattan West | | New York | NY | 10001 | |
| Skadden, Arps, Slate, Meagher & Flom LLP | | PO Box 1764 | | White Plains | NY | 10602 | |
| Slack | | Salesforce Tower, 415 Mission Street | 3rd Floor | San Francisco | CA | 94105 | |
| Smith and Company, LLC | | 600 New Hampshire Ave. NW, 10th floor | | Simi Valley | CA | 93062 | |
| Social Media Victims Law Center | | 600 1st Avenue | Suite 102-PMB 2383 | Seattle | WA | 98104 | |
| Sompo | Attn: Commercial Management Liability - Claims Dept | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Sprout Social | | 131 South Dearborn Street | Suite 700 | Chicago | IL | 60603 | |
| SROKA INC. | | 888 Harvard Ave | | Menlo Park | CA | 94025 | |
| Stanford University IT | Stanford University Financial Management Services MC: | 8440 415 Broadway | | Redwood City | CA | 94063-3133 | |
| StartupHQ LLC | | 548 Market Street 80434 | | San Francisco | CA | 94104 | |
| State of Alabama | Office of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of Arkansas | Office of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State of California | Office of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | Hartford | CT | 6106 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| State of Florida | Office of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State of Hawaii | Office of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State of Idaho | Office of The Attorney General | 700 W. Jefferson St, Suite 210 | PO Box 83720 | Boise | ID | 83720 | |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 60601 | |
| State of Indiana | Office of The Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Floor | Indianapolis | IN | 46204 | |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 | |

STRETTO

**Creditor Matrix**
as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of Kansas | Attn: Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Floor | | Topeka | KS | 66612 | |
| State of Kentucky | Attorney General - Daniel Cameron | 700 Capital Avenue, Suite 118 | | Frankfort | KY | 40601 | |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | Baton Rouge | LA | 70802 | |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State of Maryland | Office of The Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202 | |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 | |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | Lansing | MI | 48906 | |
| State of Minnesota | Office of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State of Mississippi | Office of The Attorney General | Walter Sillers Building | 550 High St, PO Box 220 | Jackson | MS | 39201 | |
| State of Missouri | Office of The Attorney General | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| State of Montana | Office of The Attorney General | Justice Building, 3rd Floor | 215 N Sanders, PO Box 201401 | Helena | MT | 59602 | |
| State of Nebraska | Office of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State of Nevada | Office of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | 33 Capitol St. | Concord | NH | 3301 | |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing, Box 080 | Trenton | NJ | 8611 | |
| State of New Mexico | Office of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State of North Carolina | Office of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State of North Dakota | Office of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State of Ohio | Office of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State of Oklahoma | Office of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301-4096 | |
| State of Pennsylvania | Office of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State of Rhode Island | Office of The Attorney General | 150 S Main St | | Providence | RI | 2903 | |
| State of South Carolina | Office of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State of South Dakota | Office of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501-8501 | |
| State of Tennessee | Office of The Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| State of Vermont | Office of The Attorney General | 109 State St. | | Montpelier | VT | 5609 | |
| State of Virginia | Office of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State of Washington | Office of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State of Washington | Office of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State of West Virginia | Office of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State of Wisconsin | Office of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State of Wyoming | Office of The Attorney General | 109 State Capitol | | Cheyenne | WY | 82002 | |
| Statsig | | 2022 Statsig 3450 Ne Harrison St | | Issaquah | WA | 98029 | |
| Stites Harbison PLLC | | 400 West Market Street | | Louisville | KY | 40202-3352 | |
| Sullivan & Cromwell LLP | | 125 Broad Street | | New York | NY | 10004 | |
| Sundial Product Inc | | 41530 Devon Court | Suite 120 | Fremont | CA | 94539 | |
| Suno AI | | 17 Dunster Street, Floor 4 | | Cambridge | MA | 02138 | |
| Sunstates Security, LLC | | 801 Corporate Center Drive Suite 110 | | Raleigh | NC | 28289-6547 | |
| Supermetrics | | Kaivokatu 10 A | | Helsinki | | 00100 | Finland |
| Surge Labs, Inc. | | 584 Castro Street | No. 3065 | San Francisco | CA | 94114 | |
| SurveyMonkey | | 910 Park Pl, Suite 300 | | San Mateo | CA | 94403 | |
| SurveyMonkey | | One Curiosity Way | | San Mateo | CA | 94403 | |
| Suzy Inc. | | 228 Park Avenue South | | New York | NY | 10003-1502 | |
| Systems and Machine Learning Foundation | | 82799 Kingsboro Lane | | Indio | CA | 92201 | |
| Talentism Inc | | 3 Chelsea court | | Westport | CT | 6880 | |
| Talgo Inc | | 16420 SE McGillivray Boulevard | | Vancouver | WA | 98683 | |
| Tatari Inc. | | 100 Bush Street | Suite 950 | San Francisco | CA | 94104 | |
| Tax1099 | | 1 East Center Street, Suite 250 | | Fayetteville | AR | 72701 | |
| TaxJar | | 462 Washington Street, Suite 3066 | | Woburn | MA | 01888 | |
| Team Win Ventures Corp. | | 1001 Wilshire Boulevard #1086 | | Los Angeles | CA | 90017 | |
| Teamblind Hub LLC | | 2001 Addison Street, Suite 300 | | Berkeley | CA | 94704 | |
| Tech Justice Law Project | | 611 Pennsylvania Ave. SE | #337 | Washington | DC | 20003 | |
| Temporal Technologies | | 2337 148th Avenue NE | Suite 1335 | Bellevue | WA | 98007 | |
| Terminal Inc. | | 3141 Stevens Creek Boulevard | Suite #41201 | San Jose | CA | 95117 | |
| Testlio Inc. | | 8911 North Capital of Texas Highway | Suite 4200 #1081 | Austin | TX | 78759 | |

STRETTO

**Creditor Matrix**
as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Texas Comptroller of Public Accounts | | Revenue Accounting Division - Bankruptcy Section | PO Box 13528, Capitol Station | Austin | TX | 78711 | |
| Texas Workforce Commission | | Bankrupcty Unit - 101 E. 15th St. | Room 556 | Austin | TX | 78778-0001 | |
| Textexpander | | 548 Market St # 37453 | | San Francisco | CA | 94104 | |
| Tezi Inc. | | 1259 El Camino Real Unit 1226, | | Menio Park | CA | 94025 | |
| The Atlantic | | 600 New Hampshire Avenue NW | | Washington | DC | 20037 | |
| The Brass Factory | | 185 Wythe Avenue | | Brooklyn | NY | 11249-3120 | |
| The Continental Insurance Company (CNA) | | 151 N Franklin St | | Chicago | IL | 60606 | |
| The Elmwood Group | | 75 Vassar Street | | Rochester | NY | 14607 | |
| The Farm LLP | | 640 Maple Ave | | Torrance | CA | 90503 | |
| The Ferraro Law Firm, P.A. | | 600 Brickell Ave. | Suite 3800 | Miami | FL | 33131 | |
| The Hartford | | One Hartford Plaza | | Hartford | CT | 06155 | |
| The Healthiest Workplace Limited | | Block C, Iconic Offices at The Greenway, Ardilaun Court | | Dublin | | D02 TD28 | Ireland |
| The Morning Consult, LLC | | 1025 F St NW, Suite 800 | | Washington | DC | 20004 | |
| The Trustee For Wailoaloa Trust | | Wise US Inc, 108 W 13th St | | Wilmington | DE | 19801 | |
| The Ubiquitous Agency Inc | | Po Box 4028 | | Chattanooga | TN | 37405 | |
| ThroughLine Limited | | 3 Glenside Crescent | Eden Terrace | Auckland | | 1010 | New Zealand |
| Tines Automation Inc | | Suite 2900, WeWork, 1 Lincoln Street | | Boston | MA | 2111 | |
| Tiny Desk Apps | c/o National Public Radio, Inc. | 1111 North Capitol Street NE | | Washington | DC | 20002 | |
| TNT Relocation Services | | 231 Market Place | #301 | San Ramon | CA | 94583 | |
| Tower Valet Parking Inc. | | 660 4th Street, Suite 808 | | San Francisco | CA | 94107 | |
| Town | | 222 Kearny St | Suite #650 | San Francisco | CA | 94108 | |
| Town & Country Office Cleaning | | 6146 Camino Verde Drive | N-1 | San Jose | CA | 95119 | |
| TrailRunner International LLC | | 1900 W. Kirkwood Blvd | Suite 1400B | Southlake | TX | 76092 | |
| Travelers | | 385 Washington St | | Saint Paul | MN | 55102 | |
| Tremendous, LLC | | 228 Park Ave S, #6294 | | New York | NY | 10003 | |
| Tribe Ventures Inc. | | 830 Green Street | | San Francisco | CA | 94133 | |
| Trove Information Technologies Inc. | | 1 Montgomery St. | Suite 700 | San Francisco | CA | 94104 | |
| Troveo AI Inc | | 7731 Kiva Dr | | Austin | TX | 78749 | |
| Trust & Safety Professional Association | | 2021 Fillmore Street No. 1125 | | San Francisco | CA | 94115 | |
| Turing Enterprises, Inc. | | 1900 Embarcadero Rd, Unit 102 | | Palo Alto | CA | 94303 | |
| TV Genome Project LLC | | 118 King Street Ste 110 | | San Francisco | CA | 94017 | |
| Twilio | | 101 Spear Street | Suite 500 | San Francisco | CA | 94105 | |
| Twitter Paid Features | | 865 FM 1209, Building 2 | | Bastrop | TX | 78602 | |
| U.S. Department of Justice | c/o Antitrust Division | 950 Pennsylvania Avenue, NW | | Washington | DC | 20050-0001 | |
| U.S. Department of Justice | | 950 Pennsylvania Avenue, NW | | Washington | DC | 20050-0001 | |
| U.S. Department of Justice | | PO Box 386 | Room 6400 | Washington | DC | 20530 | |
| University of Washington | | Box 359505 | | Seattle | WA | 98195-9505 | |
| UP2U Print INC. | | 809 San Antonio Rd. STE 5 | | Palo Alto | CA | 94303 | |
| UserTesting Technologies, Inc. | | 1484 Pollard Road #271 | | Los Gatos | CA | 95032 | |
| Van Pelt, Yi & James LLP | | 10050 N. Foothill Blvd. | Suite 200 | Cupertino | CA | 95014 | |
| Vanta | | 369 Hayes Street | | San Francisco | CA | 94012 | |
| Vantage | | 123 North Wacker Drive | Suite 1300 | Chicago | IL | 60606 | |
| VeraSafe, LLC | | 22 Essex Way | 8203 | Essex | VT | 5451 | |
| Vercel | | 440 N Barranca Ave #4133 | | Covina | CA | 91723 | |
| Vinay Rao (Employee) | | 2571 Park Boulevard | R200 | Palo Alto | CA | 94306 | |
| Virginia Department of Taxation | | Virginia Department of Taxation | PO Box 1500 | Richmond | VA | 23218-1500 | |
| Vyanams LLC | | 548 Market Street | | San Francisco | CA | 94104 | |
| Wailea Compensation Consulting | | 216 Crestview Drive | | Orinda | CA | 94563 | |
| Warp | | 11 Prince Street | | New York | NY | 10012 | |
| Warpbuild | | 95 3rd St, 2nd Floor | | San Francisco | CA | 94103 | |
| WarpStream Brex | | 899 West Evelyn Avenue | | Mountain View | CA | 94041 | |
| Wayfinder Global Advisers | | 696 Hilary Drive | | Tiburon | CA | 94920 | |
| Weights & Biases | | 400 Alabama Street | Suite 202 | San Francisco | CA | 94110 | |
| Weiss Immigration Law Group | | 75 Kneeland Street | Suite 301 | Boston | MA | 2111 | |
| Western Alliance Bank | | 6263 North Scottsdale Road | | Scottsdale | AZ | 85250 | |
| Westfield | Attn: Westfield Specialty | One Park Circle | | Westfield | OH | 44251 | |
| WeWork | | 33 Irving Place | | New York | NY | 10003 | |
| WeWork Companies LLC | Attn: General Counsel | 12 East 49th Street, 3rd Floor | | New York | NY | 10017 | |
| White & Case LLP | | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | |

STRETTO

**Creditor Matrix**
as of October 13, 2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Whois XML API | | 440 North Barranca Avenue | #1362 | Covina | CA | 91723 | |
| William Jay Catering | | 1100 South Amphlett Blvd Suite B | | San Mateo | CA | 94402 | |
| Wilson Robertson & Van Deventer P.C. | | Wilson, Robertson & Cornelius, P.C. | | Tyler | TX | 75701-9103 | |
| Withers Bergman | | 157 Church Street | 12th Floor | New Haven | CT | 6510 | |
| Withers Bergman | | 430 Park Avenue | 10th Floor | New York | NY | 10022-3505 | |
| Woodcrest Court LLC | | 525 South Drive | Suite 115 | Mountain View | CA | 94040 | |
| Woodruff Sawyer | | PO Box 103627 | | Pasadena | CA | 91189-3627 | |
| Woodruff-Sawyer & Co. | | 50 California Street | Floor 12 | San Francisco | CA | 94111 | |
| X | | 865 FM 1209, Building 2 | | Bastrop | TX | 78602 | |
| xAI | | 800 W Cesar Chavez St. | | Austin | TX | 78701 | |
| Xiao Guo | | 5326 South Dublin Ranch Drive | | Dublin | CA | 94568 | |
| Yellowpop | | 274 NW 27th street | | Miami | FL | 33127 | |
| Zamzar | | The Courtyard, Shoreham Road, Upper Beeding | | Steyning | West Sussex | BN44 3TN | United Kingdom |
| ZATV INC | | 915 N Highland Ave | | Los Angeles | CA | 90038 | |
| Zayo Group LLC | | 1821 30th Street | Unit A | Boulder | CO | 80301 | |
| Zeal Talent Ventures | | 115 Long Hill Dr | | Stamford | CT | 6902 | |
| Zencore Group | | 548 Market St | Suite 16809 | San Francisco | CA | 94104 | |
| Zendesk | | 181 Fremont Street, 17th Floor | | San Francisco | CA | 94105 | |
| Zendesk, Inc. | | 181 Fremont Street | 17th Floor | San Francisco | CA | 94105 | |
| Zenplates | | | | | | | |
| Zentropi Inc. | | 548 Market Street Suite 50064 | | San Francisco | CA | 94104 | |
| ZeroCater Inc. | | 44 Montgomery St Ste 3 | | San Francisco | CA | 94104 | |
| ZwillGen PLLC | | 1900 M Street, NW | Suite 250 | Washington | DC | 20036 | |
| Zyte Group Ltd. | | Cuil Greine House | Ballincollig Commercial Park Link Road | Cork | | P31 DW66 | Ireland |