**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>CHARACTER TECHNOLOGIES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603-BLS |

**FIRST SUPPLEMENTAL NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS**

COMES NOW, the State of Georgia; State of Indiana; State of Illinois; Commonwealth of Kentucky, *ex rel*. Russell Coleman, Attorney General; State of North Carolina; and the State of New York and hereby gives this notice of appearance in the above styled bankruptcy case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:


Abigail Rushing Ryan
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
aryan@naag.org


The State of Georgia; State of Indiana; State of Illinois; Commonwealth of Kentucky, *ex rel*. Russell Coleman, Attorney General; State of North Carolina; and the State of New York hereby joins the NAAG Client States[1] and respectfully request that their counsel be served with copies

[1] The NAAG Client States include: the State of Alaska; State of Arkansas, *ex rel*. Tim Griffin, Attorney General; People of the State of California; State of Colorado, *ex rel.* Phil J. Weiser, Attorney General; Office of the Attorney General, State of Connecticut; District of Columbia, Office of the Attorney General; State of Delaware *ex rel.* Kathleen Jennings, Attorney General; State of Georgia; State of Hawaii; The Attorney General of Idaho; Office of the Indiana Attorney General; State of Illinois; The State of Kansas, *ex rel*. Kris Kobach; Commonwealth of Kentucky, *ex. rel.* Russell Coleman, Attorney General; State of Louisiana; State of Maine; Michigan Attorney General, *ex rel*. the People of the State of Michigan; State of Minnesota, by its Attorney General,

of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, 9013, and any other Bankruptcy Rules or local rules governing notice.

Dated: October 14, 2026,

Respectfully submitted,

*/S/ ABIGAIL RUSHING RYAN*
ABIGAIL RUSHING RYAN
Texas Bar No. 24035956
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
Telephone: 202-326-6000, Ext. 258
Email: aryan@naag.org

## CERTIFICATE OF SERVICE

I certify that on October 14, 2026, the foregoing *First Supplemental Notice of Appearance* was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system and served via CM/ECF upon all those who receive electronic notifications.

*/s/Abigail Rushing Ryan*
ABIGAIL RUSHING RYAN
BANKRUPTCY COUNSEL

---

Keith Ellison; State of Mississippi *ex rel.* Attorney General Lynn Fitch; State of Nevada; State of New York; State of North Carolina; State of North Dakota, *ex rel.* Drew H. Wrigley, Attorney General; New Hampshire Office of the Attorney General; Ohio Attorney General; State of Oklahoma; State of Rhode Island; The State of South Carolina *ex rel*. Alan Wilson; The Attorney General for the State of South Dakota; State of Tennessee, *ex rel*. Jonthan Skrmetti, Attorney General and Reporter; State of Utah, Office of the Utah Attorney General; Commonwealth of Virginia, *ex rel*. Jay Jones, Attorney General; State of Vermont by and through the State Attorney General; State of Washington; State of Wisconsin; and the Office of the West Virginia Attorney General.