# **Exhibit 1**

## **Form of Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS) |

**NOTICE OF ENTRY OF AN ORDER (I) RESTATING AND ENFORCING THE WORLDWIDE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, (II) APPROVING THE FORM AND MANNER OF NOTICE, AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on October 12, 2026 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtor's chapter 11 case is pending before the Honorable Judge Brendan L. Shannon, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, on [October 14], 2026, the Court entered the *Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief* (the "Order") [Docket No. [__]], a copy of which is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code and confirmed by the Order, the Debtor's filing of the voluntary petition operates as a self-executing, statutory stay or injunction, applicable to all entities, and protects the Debtor from,

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

among other things: (i) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtor (a) that was or could have been commenced before the commencement of the Debtor's chapter 11 case or (b) to recover a claim against the Debtor that arose before the commencement of the Debtor's chapter 11 case; (ii) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's chapter 11 case; or (iii) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.[2] This means that creditors generally may not take action to collect debts from the Debtor or the Debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the Debtor on account of a prepetition claim. Creditors cannot demand repayment from the Debtor by mail, phone, or otherwise. Creditors who violate the stay can be held in contempt and required to pay damages and attorney's fees.

PLEASE TAKE FURTHER NOTICE that any entity that seeks to assert claims, interests, causes of action, or other legal or equitable remedies against, or otherwise exercise any rights in law or equity against the Debtor or its estate, must do so before the Court in the Debtor's chapter 11 case.

PLEASE TAKE FURTHER NOTICE that pursuant to section 525 of the Bankruptcy Code and confirmed by the Order, any governmental agency, department, division or subdivision, or any similar governing authority is prohibited from, among other things: (i) denying, revoking, suspending, or refusing to renew any license, permit, charter, franchise, or other similar grant to

---

[2] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff, or recoupment or any other claims of the Debtor against any party to the above-captioned case. The Debtor expressly reserves the right to contest any claims which may be asserted against the Debtor.

the Debtor; (ii) placing conditions upon such a grant to the Debtor; or (iii) discriminating against the Debtor with respect to such a grant, solely because the Debtor is a debtor under the Bankruptcy Code, may have been insolvent before the commencement of this chapter 11 case, or is insolvent during the pendency of this chapter 11 case, except as permitted by the Court under applicable law.

PLEASE TAKE FURTHER NOTICE that pursuant to section 365(e)(1) of the Bankruptcy Code and confirmed by the Order, parties to contracts or agreements with the Debtor are prohibited from terminating such contracts or agreements because of a Debtor's bankruptcy filing, except as permitted by the Court under applicable law.

PLEASE TAKE FURTHER NOTICE that pursuant to sections 105(a) and 362 of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure, among other applicable substantive law and rules of procedure, any person or governmental unit seeking to assert its rights or obtain relief in violation of the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law, including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States.

PLEASE TAKE FURTHER NOTICE that the Order does not expand or enlarge the rights afforded to the Debtor under the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that additional information regarding the Debtor's chapter 11 case, including copies of pleadings filed therein, may be obtained by: (i) reviewing the publicly available docket of the Debtor's chapter 11 case at http://www.deb.uscourts.gov (PACER login and password required); (ii) accessing the Debtor's publicly available website providing

information regarding this chapter 11 case, located online at https://cases.stretto.com/chartech; or (iii) contacting the following proposed counsel for the Debtor.

Dated: October [●], 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Draft*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
sreil@wsgr.com
hlambert@wsgr.com

*Proposed Counsel to the Debtor and Debtor in Possession*

**Exhibit A**

**Order**