**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC., [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS) |

**AFFIDAVIT OF SERVICE**

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On October 14, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, via first-class mail on one (1) confidential party not included herein, via electronic mail on the service list attached hereto as **Exhibit B**, and via electronic mail on one (1) confidential party not included herein:

- **Debtor's Application for Entry of an Order (I) Authorizing the Appointment of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 2)

- **Debtor's Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 3)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; and (II) Granting Related Relief** (Docket No. 4)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Taxes and Fees; (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief** (Docket No. 5)

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief** (Docket No. 6)

- **Debtor's Motion Seeking Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief** (Docket No. 7)

- **Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information in the Creditor Matrix and Certain Other Documents, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief** (Docket No. 8)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief** (Docket No. 9)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief** (Docket No. 10)

- **Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 11)

- **Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets and (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption of the TSA and the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief** (Docket No. 15)

[SPACE INTENTIONALLY LEFT BLANK]

- **Debtor's Motion for an Order Shortening Time for Notice of the Hearing to Consider Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Lease, and (C) Granting Related Relief** (Docket No. 16)

- **Declaration of Adam Dunayer in Support of the Debtor's Bidding Procedures Motion** (Docket No. 17)

- **Declaration of Colin M. Adams in Support of the Debtor's Chapter 11 Petition and First Day Motions** (Docket No. 18)

- **Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief** (Docket No. 34)

- **Order (I) Authorizing the Appointment of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 35)

- **Interim Order (I)(A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 36)

- **Interim Order (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage in the Ordinary Course of Business; and (II) Granting Related Relief** (Docket No. 37)

- **Interim Order (I) Authorizing Debtor to Pay Certain Prepetition Taxes and Fees; (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief** (Docket No. 38)

- **Interim Order (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief** (Docket No. 39)

- **Interim Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information in the Creditor Matrix and Certain Other Documents, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief** (Docket No. 40)

- **Interim Order (I) Authorizing Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief** (Docket No. 41)

- **Interim Order (I) Authorizing Debtor to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief** (Docket No. 42)

- **Order Shortening Time for Notice of the Debtor's Bidding Procedures Motion** (Docket No. 43)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 44)

- **Notice of Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief** (Docket No. 45)

- **Notice of Hearing on Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Lease, and (C) Granting Related Relief** (Docket No. 50)

- **Notice of Hearing on Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 51)

Furthermore, on October 14, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Debtor's Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 3)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Taxes and Fees; (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief** (Docket No. 5)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief** (Docket No. 6)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief** (Docket No. 9)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief** (Docket No. 10)

- **Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 11)

- **Interim Order (I)(A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 36)

- **Interim Order (I) Authorizing Debtor to Pay Certain Prepetition Taxes and Fees; (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief** (Docket No. 38)

- **Interim Order (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief** (Docket No. 39)

- **Interim Order (I) Authorizing Debtor to (A) Continue to Operate its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief** (Docket No. 41)

- **Interim Order (I) Authorizing Debtor to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief** (Docket No. 42)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 44)

- **Notice of Hearing on Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 51)

Furthermore, on October 14, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Debtor's Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 3)

- **Interim Order (I)(A) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief** (Docket No. 36)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 44)

[SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on October 14, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; and (II) Granting Related Relief** (Docket No. 4)

- **Interim Order (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage in the Ordinary Course of Business; and (II) Granting Related Relief** (Docket No. 37)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 44)

Furthermore, on October 14, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit G**, and via electronic mail on the service list attached hereto as **Exhibit H**:

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Taxes and Fees; (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief** (Docket No. 5)

- **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief** (Docket No. 6)

- **Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 11)

- **Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets and (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption of the TSA and the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief** (Docket No. 15)

- **Declaration of Adam Dunayer in Support of the Debtor's Bidding Procedures Motion** (Docket No. 17)

- **Interim Order (I) Authorizing Debtor to Pay Certain Prepetition Taxes and Fees; (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief** (Docket No. 38)

- **Interim Order (I) Authorizing Debtor to Pay Certain Prepetition Claims of Critical Vendors; and (II) Granting Related Relief** (Docket No. 39)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 44)

- **Notice of Hearing on Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Lease, and (C) Granting Related Relief** (Docket No. 50)

- **Notice of Hearing on Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 51)

Furthermore, on October 14, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on WeWork Companies LLC at 12 East 49th Street, 3rd Floor, New York, NY 10017:

- **Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 11)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 44)

- **Notice of Hearing on Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief** (Docket No. 51)

Furthermore, on October 14, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail and electronic mail on twenty-three (23) confidential parties not included herein:

- **Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets and (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption of the TSA and the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief** (Docket No. 15)

- **Declaration of Adam Dunayer in Support of the Debtor's Bidding Procedures Motion** (Docket No. 17)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 44)

- **Notice of Hearing on Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Lease, and (C) Granting Related Relief** (Docket No. 50)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 20, 2026

*Christopher Chiu*
Christopher Chiu

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 20th day of October 2026 by Christopher Chiu.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 10/04/2030

# **Exhibit A**

STRETTO

# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Alder FM LLC | Attn: Legal Dept | 920 Broadway Floor 8 | | New York | NY | 10010 | |
| Apple Distribution Intl Ltd | Attn: Legal Dept | PO Box 733842 | | Dallas | TX | 75373 | |
| Commonwealth of Kentucky | Attn: Legal Dept | 200 Metro Street 5th Floor | | Frankfort | KY | 40622 | |
| Commonwealth of Pennsylvania | Attn: Legal Dept | 1601 Elmerton Ave | | Harrisburg | PA | 17110 | |
| Delaware Secretary of State | Attn: Legal Dept | 401 Federal Street | | Dover | DE | 19901 | |
| Delaware State Treasury | Attn: Legal Dept | 820 Silver Lake Blvd Suite 100 | | Dover | DE | 19904 | |
| DigitalOcean LLC | Attn: Legal Dept | 105 Edgeview Drive Suite 425 | | Broomfield | CO | 80021 | |
| Disney | c/o Skadden Arps Slate Meagher Flom | One Manhattan West | Attn: B Van Dyke R Meisler S Cammer | New York | NY | 10001 | |
| District of Columbia | Office of the Attorney General | 400 6th Street NW | | Washington | DC | 20001 | |
| DoorDash | Attn: Legal Dept | 303 2nd Street South Tower 800 | | San Francisco | CA | 94107 | |
| Environmental Protection Agency | Attn: Legal Dept | 1200 Pennsylvania Avenue NW | | Washington | DC | 20460 | |
| Federal Trade Commission | Attn: Legal Dept | 600 Pennsylvania Avenue, NW | | Washington | DC | 20580 | |
| FireworksAi | Attn: Legal Dept | 2317 Broadway Suite 200 | | Redwood City | CA | 94063 | |
| Google LLC | Attn: Legal Dept | PO Box 883654 | | Los Angeles | CA | 90088 | |
| Hogan Lovells US LLP | Attn: Legal Dept | 555 Thirteenth St NW | | Washington | DC | 20004 | |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Invertase Limited | c/o Banks Sheridan Ltd | Datum House Electra Way | | Crewe | | CW1 6ZF | United Kingdom |
| Late Checkout LLC | Attn: Legal Dept | 4000 Island Blvd Apt 901 | | Aventura | FL | 33160 | |
| Munger Tolles & Olson LLP | Attn: Legal Dept | PO Box 847424 50th Floor | | Los Angeles | CA | 90084 | |
| Numeral | Attn: Legal Dept | 301 Howard Street | | San Francisco | CA | 94105 | |
| Office of the United States Trustee | Attn: Legal Dept | 844 King Street Suite 2207 | | Wilmington | DE | 19801 | |
| Office of US Atty District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Premier Property Management | Attn: Legal Dept | 539 Alma Street | | Palo Alto | CA | 94301 | |
| Quinn Emanuel Urquhart Sullivan LLP | Attn: Legal Dept | 865 South Figueroa Street | | Los Angeles | CA | 90017 | |
| Securities & Exchange Commission | Attn: Legal Dept | 100 F Street NE | | Washington | DC | 20549 | |
| Securities & Exchange Commission | Attn: Legal Dept | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |
| Skadden Arps Slate Meagher Flom LLP | Attn: Legal Dept | PO Box 1764 | | White Plains | NY | 10602 | |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of Arkansas | Office of the Attorney General | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| State of California | Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Colorado | Office of the Attorney General | 1300 Broadway 10th Fl | Ralph L Carr Judicial Building | Denver | CO | 80203 | |
| State of Connecticut | Office of the Attorney General | 165 Capitol Avenue | | Hartford | CT | 06106 | |
| State of Delaware | Department of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State of Georgia | Office of the Attorney General | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| State of Hawaii | Office of the Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State of Idaho | Office of the Attorney General | 700 W Jefferson St Suite 210 | PO Box 83720 | Boise | ID | 83720 | |
| State of Illinois | Office of the Attorney General | 100 W Randolph St | James R Thompson Center | Chicago | IL | 60601 | |
| State of Indiana | Office of the Indiana Attorney Gen | 302 W Washington St 5th Floor | Indiana Government Center South | Indianapolis | IN | 46204 | |
| State of Iowa | Office of the Attorney General | 1305 E Walnut Street | Hoover State Office Building | Des Moines | IA | 50319 | |
| State of Kansas | Attn: Attorney Gen Derek Schmidt | 120 SW 10th Ave 2nd Floor | | Topeka | KS | 66612 | |
| State of Kentucky | Attorney General Daniel Cameron | 700 Capital Avenue Suite 118 | | Frankfort | KY | 40601 | |
| State of Louisiana | Dept of Justice Atty General Office | 300 Capital Drive | | Baton Rouge | LA | 70802 | |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State of Maryland | Office of the Attorney General | 200 St Paul Place | | Baltimore | MD | 21202 | |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place 20th Floor | | Boston | MA | 02108 | |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | Lansing | MI | 48906 | |

STRETTO

**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of Minnesota | Office of the Attorney General | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| State of Mississippi | Office of the Attorney General | 550 High St PO Box 220 | Walter Sillers Building | Jackson | MS | 39201 | |
| State of Missouri | Office of the Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State of Montana | Office of the Attorney General | 215 N Sanders PO Box 201401 | Justice Building 3rd Floor | Helena | MT | 59602 | |
| State of Nebraska | Office of the Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State of Nevada | Office of the Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State of New Hampshire | Office of the Attorney General | 33 Capitol St | NH Department of Justice | Concord | NH | 03301 | |
| State of New Jersey | Office of the Attorney General | 25 Market St 8th Fl W Wing Box 080 | Richard J Hughes Justice Complex | Trenton | NJ | 08611 | |
| State of New Mexico | Office of the Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State of New York | Office of the Attorney General | The Capitol 2nd Floor | | Albany | NY | 12224 | |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State of North Dakota | Office of the Attorney General | State Capitol 600 E Boulevard Ave | Dept 125 | Bismarck | ND | 58505 | |
| State of Ohio | Office of the Attorney General | 30 E Broad St 14th Fl | State Office Tower | Columbus | OH | 43215 | |
| State of Oklahoma | Office of the Attorney General | 313 NE 21st St | | Oklahoma City | OK | 73105 | |
| State of Pennsylvania | Office of the Attorney General | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| State of Rhode Island | Office of the Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State of South Carolina | Office of the Attorney General | 1000 Assembly St Rm 519 | Rembert C Dennis Bldg | Columbia | SC | 29201 | |
| State of South Dakota | Office of the Attorney General | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501-8501 | |
| State of Tennessee | Office of the Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| State of Texas | Office of the Attorney General | 300 W 15th St | | Austin | TX | 78701 | |
| State of Utah | Office of the Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State of Vermont | Office of the Attorney General | 109 State St | | Montpelier | VT | 05609 | |
| State of Virginia | Office of the Attorney General | 202 N Ninth St | | Richmond | VA | 23219 | |
| State of Washington | Office of the Attorney General | 1125 Washington St SE | | Olympia | WA | 98501 | |
| State of Washington | Office of the Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State of West Virginia | Office of the Attorney General | 1900 Kanawha Blvd E Bldg 1 Rm E-26 | State Capitol | Charleston | WV | 25305 | |
| State of Wisconsin | Office of the Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 | |
| State of Wyoming | Office of the Attorney General | 109 State Capitol | | Cheyenne | WY | 82002 | |
| Sundial Product Inc | Attn: Julie Zhuo | 41530 Devon Court Suite 120 | | Fremont | CA | 94539 | |
| Tines Automation Inc | Attn: Legal Dept | Suite 2900 WeWork 1 Lincoln Street | | Boston | MA | 02111 | |
| US Department of Justice | Attn: Legal Dept | 950 Pennsylvania Avenue NW | | Washington | DC | 20050-0001 | |
| US Department of Justice | c/o Antitrust Division | 950 Pennsylvania Avenue NW | | Washington | DC | 20050-0001 | |
| White & Case LLP | Attn: Legal Dept | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Zayo Group LLC | Attn: Legal Dept | 1821 30th Street Unit A | | Boulder | CO | 80301 | |

# Exhibit B

STRETTO

# Exhibit B

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Apple Distribution International Ltd | | | ar_ad_platforms_amr@apple.com |
| Commonwealth of Massachusetts | c/o Division Chief, Privacy and Responsible Technology Division | Attn: Jared Rinehimer, Assistant Attorney General | jared.rinehimer@mass.gov |
| DigitalOcean LLC | | | accountsreceivable@digitalocean.com |
| Disney | c/o Skadden, Arps, Slates, & Meagher & Flom LLP | Attn: Brandon Van Dyke, Ron E. Meisler, & Samuel J. Cammer | brandon.vandyke@skadden.com ron.meisler@skadden.com samuel.cammer@skadden.com |
| Disney Worldwide Services, Inc. | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Joseph O. Larkin | joseph.larkin@skadden.com |
| Disney Worldwide Services, Inc. | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E. Meisler, Bryan V. Uelk | ron.meisler@skadden.com bryan.uelk@skadden.com |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Fireworks.Ai | | | tbi@fireworks.ai |
| Invertase Limited | c/o Banks Sheridan Ltd | | accounts@invertase.io |
| Late Checkout, LLC | | | g@latecheckout.studio |
| Munger, Tolles & Olson LLP | | | mungertolles@mto.com |
| NAAG Client States | c/o National Association of Attorneys General | Attn: Abigail Rushing Ryan, Bankruptcy Counsel | aryan@naag.org |
| Numeral | | | billing@numeralhq.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Premier Property Management | | | accounting@prprop.com |
| Securities & Exchange Commission (SEC) | | | bankruptcynoticeschr@sec.gov |
| Securities & Exchange Commission (SEC) | | | nyrobankruptcy@sec.gov |
| State of Alabama | Office of the Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | aginfo@azag.gov |
| State of Arkansas | Office of the Attorney General | | oag@arkansasag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | c/o Colorado Department of Law | Attn: Robert Padjen | robert.padjen@coag.gov |
| State of Colorado | Office of the Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of the Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us attorney.general@delaware.gov |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of the Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of the Attorney General | | lawrence.wasden@ag.idaho.gov agwasden@ag.idaho.gov |
| State of Illinois | Office of the Attorney General | | info@lisamadigan.org |
| State of Iowa | Office of the Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Attn: Attorney General Derek Schmidt | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Dept. of Justice - Attorney General's Office | | admininfo@ag.state.la.us |
| State of Maine | Office of the Attorney General | | attorney.general@maine.gov |

STRETTO

# Exhibit B

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Minnesota | Office of the Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office of the Attorney General | | consumer.help@ago.mo.gov |
| State of Montana | Office of the Attorney General | | contactdoj@mt.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of the Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of the Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Oregon | c/o Oregon Department of Justice | Attn: Justin D. Leonard, Senior Assistant Attorney General | ellen.rosenblum@doj.state.or.us<br>attorneygeneral@doj.state.or.us<br>justin.leonard@doj.oregon.gov<br>attorneygeneral@doj.oregon.gov |
| State of Rhode Island | Office of the Attorney General | | ag@riag.ri.gov |
| State of Utah | Office of the Attorney General | | uag@utah.gov |
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of the Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of the Attorney General | | consumer@wvago.gov |
| State of Wisconsin | Office of the Attorney General | | dojbankruptcynoticegroup@doj.state.wi.us |
| Sundial Product Inc | Attn: Julie Zhuo | | billings@sundial.so |
| Tennessee Attorney General - Consumer Division | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | agbankdelaware@ag.tn.gov |
| White & Case LLP | | | manila.billing@whitecase.com |
| Zayo Group LLC | | | zayoremits@zayo.com |

# Exhibit C

STRETTO

# Exhibit C

Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Chase | Attn: Legal Dept | 1111 Polaris Parkway | Columbus | OH | 43240 |
| Morgan Stanley | Attn: Legal Dept | 1585 Broadway | New York | NY | 10036 |
| Silicon Valley Bank | Attn: Legal Dept | 3003 Tasman Dr | Santa Clara | CA | 95054 |

# Exhibit D

STRETTO

## Exhibit D

Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| AT&T | 208 S. Akard St | Dallas | TX | 75202 |
| Comcast | One Comcast Center | Philadelphia | PA | 19103-2838 |
| Pacific Gas & Electric | 300 Lakeside Drive | Oakland | CA | 94612 |

# Exhibit E

STRETTO

# Exhibit E

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AIG | | 1271 Ave of the Americas | Fl 37 | New York | NY | 10020-1304 | |
| AmTrust | | 800 Superior Avenue East | 21st Floor | Cleveland | OH | 44114 | |
| Arthur J. Gallagher & Co. | | 2850 Golf Road | | Rolling Meadows | IL | 60008-4050 | |
| AXA XL | | XL Professional Insurance | 100 Constitution Plaza, 17th Floor | Hartford | CT | 06103 | |
| Beazley (Lloyd’s of London) | | 65 Memorial Road | Suite 320 | West Hartford | CT | 06107 | |
| Berkley | | 757 Third Avenue | 10th Floor | New York | NY | 10017 | |
| Berkshire | | 1314 Douglas Street | Suite 1400 | Omaha | NE | 68102-1944 | |
| Convex (Lloyd’s of London) | c/o Price Forbes & Partners | 2 Minster Court, Mincing Lane | | London | | EC3R 7PD | United Kingdom |
| Forge | c/o Price Forbes & Partners | 2 Minster Court, Mincing Lane | | London | | EC3R 7PD | United Kingdom |
| Hamilton (Lloyd’s of London) | | 8 Fenchurch Place | | London | | EC3M 4AJ | United Kingdom |
| Lloyd's London (CRC Wholesale Group) | | 550 S Caldwell St, 16th Floor | | Charlotte | NC | 28202 | |
| QBE | c/o CT Corporation System | 314 East Thayer Avenue | | Bismarck | ND | 58501 | |
| RSUI | | 945 East Paces Ferry Road NE | Suite 1800 | Atlanta | GA | 30326-1160 | |
| Sompo | Attn: Commercial Management Liability - Claims Dept | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| The Continental Insurance Company (CNA) | | 151 N Franklin St | | Chicago | IL | 60606 | |
| Vantage | | 123 North Wacker Drive | Suite 1300 | Chicago | IL | 60606 | |
| Westfield | Attn: Westfield Specialty | One Park Circle | | Westfield | OH | 44251 | |
| Woodruff-Sawyer & Co. | | 50 California Street | Floor 12 | San Francisco | CA | 94111 | |

# Exhibit F

STRETTO

# Exhibit F
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AIG | | toserve@aig.com |
| AmTrust | | amtrustcyberclaims@amtrustgroup.com |
| Arthur J. Gallagher & Co. | | christopher_knight@ajg.com<br>uk.specialty.claims.professionalrisks@ajg.com |
| AXA XL | | proclaimnewnotices@axaxl.com |
| Beazley (Lloyd's of London) | | claims@beazley.com |
| Berkley | | claims@berkleypro.com |
| Berkshire | | execandprofnotices@bhspecialty.com<br>claimsnotice@bhspecialty.com |
| Convex (Lloyd's of London) | c/o Price Forbes & Partners | profinnewclaims@priceforbes.com |
| Forge | c/o Price Forbes & Partners | profinnewclaims@priceforbes.com |
| Hamilton (Lloyd's of London) | | uk.specialty.claims.professionalrisks@ajg.com |
| QBE | c/o CT Corporation System | professional.liability.claims@us.qbe.com<br>mlpladmin@us.qbe.com |
| RSUI | | reportclaims@rsui.com |
| Sompo | Attn: Commercial Management Liability - Claims Dept | insuranceclaims@sompo-intl.com |
| The Continental Insurance Company (CNA) | | lossreport@cnaasap.com<br>fsrmail@cnacentral.com |
| Westfield | Attn: Westfield Specialty | westfieldmlclaims@westfieldgrp.com<br>westfieldspecialty@westfieldgrp.com |
| Woodruff-Sawyer & Co. | | tcrosbie@woodruffsawyer.com<br>sminer@woodruffsawyer.com |

# Exhibit G

STRETTO

## Exhibit G

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| California Dept of Tax Fee Admin | Attn: Legal Dept | PO Box 942879 | Account Information Group MIC: 29 | Sacramento | CA | 94279-0029 |
| California Employment Dev Dept | Attn: Legal Dept | PO Box 989071 | | West Sacramento | CA | 95798-9071 |
| California Franchise Tax Board FTB | Attn: Legal Dept | PO Box 2952 | Bankruptcy Section MS: A-340 | Sacramento | CA | 95812-2952 |
| Connecticut Dept of Revenue Svcs | Attn: Legal Dept | 450 Columbus Boulevard Suite 1 | | Hartford | CT | 06103 |
| Delaware Division of Corporations | Division of Corporations | PO Box 898 | | Dover | DE | 19903 |
| Florida Department of Revenue | Bankruptcy Unit | PO Box 6668 | | Tallahassee | FL | 32314-6668 |
| Hawaii Department of Taxation | Attn: Legal Dept | PO Box 3559 | | Honolulu | HI | 96811-3559 |
| Internal Revenue Service (IRS) | Attn: Legal Dept | PO Box 7346 | Centralized Insolvency Operation | Philadelphia | PA | 19101-7346 |
| Massachusetts Department of Revenue | Collections Bureau/Bankruptcy Unit | PO Box 7090 | | Boston | MA | 02204-7090 |
| Michigan Department of Treasury | Attn: Lit Liaison Tax Policy Div | 2nd Floor 430 W Allegan St | Austin Bldg | Lansing | MI | 48922 |
| New Jersey Division of Taxation | Bankruptcy Unit | 3 John Fitch Way 5th Fl PO Box 245 | | Trenton | NJ | 08695-0245 |
| New York City Department of Finance | Attn: Legal Dept | 66 John Street 13th Floor | | New York | NY | 10038 |
| Numeral Two Inc | Attn: Legal Dept | 301 Howard Street | | San Francisco | CA | 94105 |
| NY St Dept of Taxation Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 |
| Texas Comptroller of Public Accts | Revenue Accounting Div Bk Section | PO Box 13528 Capitol Station | | Austin | TX | 78711 |
| Texas Workforce Commission | Attn: Legal Dept | Bk Unit 101 E 15th St Room 556 | | Austin | TX | 78778-0001 |
| Virginia Department of Taxation | Attn: Legal Dept | PO Box 1500 | | Richmond | VA | 23218-1500 |

# <u>Exhibit H</u>

STRETTO

# Exhibit H

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Massachusetts Department of Revenue | Collections Bureau/Bankruptcy Unit | dorebn@dor.state.ma.us |
| New Jersey Division of Taxation | Bankruptcy Unit | taxation.bankruptcy@treas.nj.gov |
| Numeral Two, Inc. | | billing@numeralhq.com |