**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHARACTER TECHNOLOGIES, INC.,[1] | Case No. 26-11603 (BLS) |
| Debtor. | **Ref. Docket No. 40** |

**NOTICE OF FILING OF LIST OF EQUITY INTEREST HOLDERS**

**PLEASE TAKE NOTICE** that, pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure and the *Interim Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information in the Creditor Matrix and Certain Other Documents, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief* [Docket No. 40] (the "Redaction Order"),[2] attached hereto as **Exhibit A** is the list of all known registered holders of the Debtor's equity (the "List of Equity Interest Holders") as of October 12, 2026.

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

[2] Pursuant to the Redaction Order, the Debtor is authorized to redact certain personal identification information in the List of Equity Interest Holders, provided that the Debtor must also file an unredacted version under seal. Accordingly, the Debtor hereby files this redacted List of Equity Interest Holders in accordance with the Redaction Order. A sealed version of this List of Equity Interest Holders is being filed contemporaneously herewith.

Dated: October 26, 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Shane M. Reil*

Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
sreil@wsgr.com
hlambert@wsgr.com

*Proposed Counsel to the Debtor and Debtor in Possession*