# **Exhibit A**

## List of Equity Interest Holders

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS)<br><br>**Ref. Docket No. 40** |

**LIST OF EQUITY INTEREST HOLDERS**

**PLEASE TAKE NOTICE** that, pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure and the *Interim Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information in the Creditor Matrix and Certain Other Documents, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief* [Docket No. 40], the following is a list of all known registered holders of Character Technologies, Inc.'s equity as of October 12, 2026.

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

## I. Holders of Options and Restricted Stock Units Outstanding Under Character Technologies, Inc. Stock Incentive Plan

| Equity Holder | Address[1] | Units Held |
|---|---|---|
| Name on File | Address on File | 995,440 |
| Name on File | Address on File | 45,000 |
| Name on File | Address on File | 128,125 |
| Name on File | Address on File | 98,262 |
| Name on File | Address on File | 16,800 |
| Name on File | Address on File | 159,684 |
| Name on File | Address on File | 154,583 |
| Name on File | Address on File | 533,951 |
| Name on File | Address on File | 17,500 |
| Name on File | Address on File | 542,851 |
| Name on File | Address on File | 452,311 |
| Name on File | Address on File | 363,120 |
| Name on File | Address on File | 16,800 |
| Name on File | Address on File | 150,000 |
| Name on File | Address on File | 235,749 |
| Name on File | Address on File | 159,261 |
| Name on File | Address on File | 25,000 |
| Name on File | Address on File | 5,104 |
| Name on File | Address on File | 30,000 |
| Name on File | Address on File | 43,750 |
| Name on File | Address on File | 74,999 |
| Name on File | Address on File | 450,000 |
| Name on File | Address on File | 661,837 |
| Name on File | Address on File | 40,000 |
| Name on File | Address on File | 231,934 |
| Name on File | Address on File | 62,500 |
| Name on File | Address on File | 696,547 |
| Name on File | Address on File | 540,219 |
| Name on File | Address on File | 492,007 |
| Name on File | Address on File | 738,750 |

[1] Pursuant to the *Interim Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information in the Creditor Matrix and Certain Other Documents, (II) Authorizing and Approving Procedures for Providing Notice of Commencement, and (III) Granting Related Relief* [Docket No. 40] (the "Redaction Order"), the Debtor is authorized to redact certain personal identification information in the List of Equity Interest Holders, provided that the Debtor must also file an unredacted version under seal. Accordingly, the Debtor hereby files this redacted List of Equity Interest Holders in accordance with the Redaction Order. A sealed version of this List of Equity Interest Holders is being filed contemporaneously herewith.

| Equity Holder | Address[1] | Units Held |
|---|---|---|
| Name on File | Address on File | 465,624 |
| Name on File | Address on File | 31,250 |
| Name on File | Address on File | 737,500 |
| Name on File | Address on File | 75,000 |
| Name on File | Address on File | 184,055 |
| Name on File | Address on File | 1,209,722 |
| Name on File | Address on File | 16,800 |
| Name on File | Address on File | 138,541 |
| Name on File | Address on File | 51,250 |
| Name on File | Address on File | 185,213 |
| Name on File | Address on File | 625,000 |
| Name on File | Address on File | 37,228 |
| Name on File | Address on File | 15,625 |
| Name on File | Address on File | 187,396 |
| Name on File | Address on File | 230,875 |
| Name on File | Address on File | 5,625 |
| Name on File | Address on File | 470,823 |
| Name on File | Address on File | 12,500 |
| Name on File | Address on File | 47,916 |
| Name on File | Address on File | 15,800 |
| Name on File | Address on File | 961,250 |
| Name on File | Address on File | 36,458 |
| Name on File | Address on File | 210,000 |
| Name on File | Address on File | 225,000 |
| Name on File | Address on File | 552,000 |
| Name on File | Address on File | 37,500 |
| Name on File | Address on File | 110,833 |
| Name on File | Address on File | 369,833 |
| Name on File | Address on File | 182,653 |
| Name on File | Address on File | 4,476,333 |
| Name on File | Address on File | 355,043 |
| Name on File | Address on File | 227,457 |
| Name on File | Address on File | 35,833 |
| Name on File | Address on File | 425,925 |
| Name on File | Address on File | 135,415 |
| Name on File | Address on File | 417,708 |
| Name on File | Address on File | 93,750 |
| Name on File | Address on File | 244,867 |
| Name on File | Address on File | 300,000 |

| Equity Holder | Address[1] | Units Held |
|---|---|---|
| Name on File | Address on File | 103,125 |
| Name on File | Address on File | 80,208 |
| Name on File | Address on File | 210,000 |
| Name on File | Address on File | 117,812 |
| Name on File | Address on File | 180,000 |
| Name on File | Address on File | 182,289 |
| Name on File | Address on File | 37,500 |
| Name on File | Address on File | 104,620 |
| Name on File | Address on File | 25,000 |
| Name on File | Address on File | 25,520 |
| Name on File | Address on File | 323,750 |
| Name on File | Address on File | 1,000,000 |
| Name on File | Address on File | 302,087 |
| Name on File | Address on File | 484,900 |
| Name on File | Address on File | 339,241 |
| Name on File | Address on File | 378,857 |
| Name on File | Address on File | 377,720 |
| Name on File | Address on File | 83,333 |
| Name on File | Address on File | 148,416 |
| Name on File | Address on File | 332,711 |
| Name on File | Address on File | 94,791 |
| Name on File | Address on File | 138,541 |
| Name on File | Address on File | 95,333 |
| Name on File | Address on File | 375,715 |
| Name on File | Address on File | 1,000,000 |
| Name on File | Address on File | 100,000 |
| Name on File | Address on File | 1,000,000 |
| Name on File | Address on File | 83,583 |
| Name on File | Address on File | 458,663 |
| Name on File | Address on File | 78,759 |
| Name on File | Address on File | 240,541 |
| Name on File | Address on File | 618,978 |
| Name on File | Address on File | 223,944 |
| Name on File | Address on File | 100,000 |
| Name on File | Address on File | 35,000 |
| Name on File | Address on File | 370,208 |
| Name on File | Address on File | 6,250 |
| Name on File | Address on File | 760,000 |
| Name on File | Address on File | 218,333 |

| Equity Holder | Address[1] | Units Held |
|---|---|---|
| Name on File | Address on File | 203,123 |
| Name on File | Address on File | 232,208 |
| Name on File | Address on File | 300,000 |
| Name on File | Address on File | 175,000 |
| Name on File | Address on File | 580,833 |
| Name on File | Address on File | 106,124 |
| Name on File | Address on File | 400,000 |

## II. Holders of Common Stock

| Equity Holder | Address | Shares Held |
|---|---|---|
| Name on File | Address on File | 1,030 |
| Name on File | Address on File | 500 |
| Name on File | Address on File | 500 |
| Name on File | Address on File | 43,124 |
| Name on File | Address on File | 1,030 |
| Name on File | Address on File | 102 |
| Name on File | Address on File | 1 |
| Name on File | Address on File | 1,030 |
| Name on File | Address on File | 10 |
| Name on File | Address on File | 1,000 |
| Name on File | Address on File | 1,000 |
| Name on File | Address on File | 1,000 |
| Name on File | Address on File | 1 |
| Name on File | Address on File | 1,000,000 |
| Name on File | Address on File | 1 |
| Name on File | Address on File | 100 |
| Name on File | Address on File | 101 |
| Name on File | Address on File | 41,666 |
| Name on File | Address on File | 1,000,000 |
| Name on File | Address on File | 103 |
| Name on File | Address on File | 1 |