**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 30, 2026 AT 10:00 A.M. (ET)**

**This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for additional information on who may participate remotely, the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD:**

1. Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 15; filed 10/13/2026]

   Response Deadline: October 23, 2026 at 4:00 p.m. (ET); extended by agreement for the Office of the United States Trustee to October 27, 2026 at 5:00 p.m. (ET).

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

Responses Received:

A. Notice of Interest and Reservation of Rights by the Coalition of the State Attorneys General Regarding the Debtor's Outstanding Regulatory, Safety, and Privacy Issues [Docket No. 33; filed 10/14/2026]

B. Florida Attorney General's Joinder to Notice of Interest and Reservation of Rights by the Coalition of the State Attorneys General Regarding the Debtor's Outstanding Regulatory, Safety, and Privacy Issues [Docket No. 58; filed 10/20/2026]

C. The Coalition of States' Objection to the Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 66; filed 10/23/2026]

D. United States Trustee's Objection to the Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 69; filed 10/27/2026]

Related Documents:

A. Declaration of Colin M. Adams in Support of the Debtor's Chapter 11 Petition and First Day Motions [Docket No. 18; filed 10/13/2026]

B. Declaration of Adam Dunayer in Support of the Debtor's Bidding Procedures Motion [Docket No. 17; filed 10/13/2026]

C. Order Shortening Time for Notice of the Debtor's Bidding Procedures Motion [Docket No. 43; filed 10/14/2026]

D. Notice of Hearing on Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets, (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets (B) Approving the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 50; filed 10/14/2026]

E. Motion for Leave to File Late Omnibus Reply in Support of Bidding Procedures Motion and Joinders Thereto [Docket No. 73; filed 10/27/2026]

F. Notice of Filing of Revised Proposed Bidding Procedures Order [Docket No. 74; filed 10/27/2026]

G. Joinder of Disney to Debtor's Omnibus Reply in Support of Bidding Procedures Motion [Docket No. 77; filed 10/27/2026]

Status: This matter will go forward. The objections are presently unresolved, and the parties continue to discuss issues in advance of the hearing. To the extent necessary, the Debtor will present live witness testimony.

Dated: October 28, 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Erin R. Fay*

Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
sreil@wsgr.com
hlambert@wsgr.com

*Proposed Counsel to the Debtor and Debtor in Possession*