**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>CHARACTER TECHNOLOGIES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603-BLS |

**THE COALITON OF THE STATE ATTORNEYS GENERAL JOINDER TO THE UNITED STATES TRUSTEE'S OBJECTION TO THE DEBTOR'S MOTION PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE FOR ENTRY OF (I) AN ORDER (A) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS, (B) SCHEDULING CERTAIN DATES AND DEADLINES WITH RESPECT THERETO, (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING THE DESIGNATION OF DISNEY WORLDWIDE SERVICES, INC. AS STALKING HORSE PURCHASER WITH RESPECT TO THE DISNEY TARGET ASSETS, (E) AUTHORIZING THE DEBTOR TO DESIGNATE ADDITIONAL STALKING HORSE PURCHASERS FOR THE ASSETS AND (F) ESTABLISHING NOTICE AND PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES; AND (II) AN ORDER (A) AUTHORIZING AND APPROVING THE SALE OF ASSETS, (B) APPROVING THE ASSUMPTION OF THE TSA AND THE ASSUMPTION AND ASSIGNMENT OF THE ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (C) GRANTING RELATED RELIEF**

COMES NOW, the State of Alaska; State of Arkansas, *ex rel*. Tim Griffin, Attorney General; People of the State of California; State of Colorado, *ex rel.* Phil J. Weiser, Attorney General; Office of the Attorney General, Office of the Attorney General, State of Connecticut; District of Columbia, Office of the Attorney General; State of Delaware *ex rel.* Kathleen Jennings, Attorney General; State of Georgia; State of Hawaii; The Attorney General of Idaho; The People of the State of Illinois by Attorney General Kwame Raoul; State of Indiana; The State of Kansas, *ex rel*. Kris Kobach; Commonwealth of Kentucky, *ex. rel.* Russell Coleman,

Attorney General; State of Louisiana; State of Massachusetts; State of Maine; Michigan Attorney General, *ex rel*. the People of the State of Michigan; State of Minnesota, by its Attorney General, Keith Ellison; State of Mississippi *ex rel.* Attorney General Lynn Fitch; State of Nevada; State of New York ;State of North Carolina; State of North Dakota, *ex rel.* Drew H. Wrigley, Attorney General; New Hampshire Office of the Attorney General; Ohio Attorney General; State of Oklahoma; State of Rhode Island; The State of South Carolina *ex rel*. Alan Wilson, in his official capacity as Attorney General of the State of South Carolina; The Attorney General for the State of South Dakota; State of Tennessee, *ex rel*. Jonathan Skrmetti, Attorney General and Reporter; State of Utah, Office of the Utah Attorney General; Commonwealth of Virginia, *ex rel*. Jay Jones, Attorney General; State of Vermont by and through the State Attorney General; State of Washington; State of Wisconsin; and the Office of the West Virginia Attorney General by and through Abigail Rushing Ryan, Bankruptcy Counsel, National Association of Attorneys General; and by the State of Massachusetts, through Assistant Attorney General, Jared Rinehimer; the State of New Jersey, through Jennifer Davenport, Attorney General of the State of New Jersey and Christopher L. Peterson, Acting Director of the New Jersey Division of Consumer Affairs; by the State of Oregon *ex rel*. Dan Rayfield, Oregon Attorney General, by and through Senior Assistant Attorney General, Justin D. Leonard; and by the Commonwealth of Pennsylvania, Office of the Attorney General, by Attorney General David W. Sunday, Jr., by and through Chief Deputy Attorney General, Melissa L. Van Eck (each a "State" and collectively the "States"), and files this *Joinder to the United States Trustee's Objection to Debtor's Motion Pursuant To Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the*

*Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets and (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) An Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption of the TSA and the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief,*[1] and states as follows:

**STATEMENT OF JOINDER**

The Coalition of States fully joins, adopts, and incorporates herein by reference, the *United States Trustee's Objection to Debtor's Motion Pursuant To Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets and (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) An Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption of the TSA and the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief,*[2] and in support states:

From the Debtor's Motion,[3] it is not readily apparent that, in addition to the Disney license, the Debtor is seeking to sell its entire platform.

---

[1] Hereinafter, "Joinder."
[2] Dkt. 69, hereinafter "UST's Objection."
[3] Dkt. 15 "*Debtor's Motion Pursuant To Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and*

As set out more fully in the *Notice of Interest and Reservation of Rights by the Coalition of the State Attorneys General Regarding the Debtor's Outstanding Regulatory, Safety, and Privacy Issues*,[4] which is fully incorporated herein by reference, the States have investigations of the Debtor for consumer protection and privacy violations based upon this platform. To the extent the Debtor is seeking to sell or transfer any property that may contain personally identifiable information or sensitive information of its approximate 12 million active users or past users (including minors), the Coalition of States agree with the United States Trustee—a Consumer Privacy Ombudsman is necessary.

## RESERVATION OF RIGHTS

The States reserve the right to be heard with respect to the Debtor's Motion and objections thereto; raise additional arguments during any hearing addressing the Debtor's Motion and objections; and to amend, modify, or supplement this Joinder.

Dated: October 29, 2026,

(*Remainder of Page Intentionally Left Blank—Signature Pages Follow*)

---

*Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets and (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) An Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption of the TSA and the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief*," hereinafter "Debtor's Motion."

[4] Dkt. No. 33.

RESPECTFULLY SUBMITTED,

**NAAG CLIENT STATES**

*/s/Abigail Rushing Ryan*
ABIGAIL RUSHING RYAN
Texas Bar No. 24035956
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
Telephone: 202-326-6000, Ext. 258
Email: aryan@naag.org

STATE OF ALASKA

STATE OF ARKANSAS, *EX REL*. TIM GRIFFIN, ATTORNEY GENERAL

PEOPLE OF THE STATE OF CALIFORNIA

STATE OF COLORADO, *EX REL*. PHIL J. WEISER, ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT

DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL

STATE OF DELAWARE, *EX REL*. KATHLEEN JENNINGS, ATTORNEY GENERAL

STATE OF GEORGIA

STATE OF HAWAII

THE ATTORNEY GENERAL OF IDAHO

THE PEOPLE OF THE STATE OF ILLINOIS BY ATTORNEY GENERAL KWAME RAOUL

STATE OF INDIANA

THE STATE OF KANSAS, *EX REL*. KRIS KOBACH

COMMONWEALTH OF KENTUCKY, *EX REL*. RUSSELL COLEMAN, ATTORNEY GENERAL

STATE OF LOUISIANA

STATE OF MAINE

MICHIGAN ATTORNEY GENERAL, *EX REL*. THE PEOPLE OF THE STATE OF MICHIGAN

STATE OF MINNESOTA, BY ITS ATTORNEY GENERAL, KEITH ELLISON

STATE OF MISSISSIPPI

STATE OF NORTH CAROLINA

STATE OF NORTH DAKOTA, *EX REL*. DREW H. WRIGLEY, ATTORNEY GENERAL

STATE OF NEVADA

NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL

STATE OF NEW YORK

OHIO ATTORNEY GENERAL

STATE OF OKLAHOMA

STATE OF RHODE ISLAND

THE STATE OF SOUTH CAROLINA, *EX REL*. ALAN WILSON

THE ATTORNEY GENERAL FOR THE STATE OF SOUTH DAKOTA

STATE OF TENNESSEE, *EX REL*. JONTHAN SKRMETTI, ATTORNEY GENERAL AND REPORTER

STATE OF UTAH, OFFICE OF THE UTAH ATTORNEY GENERAL

STATE OF VERMONT BY AND THROUGH THE STATE ATTORNEY GENERAL

COMMONWEALTH OF VIRGINIA, *EX REL*. JAY JONES, ATTORNEY GENERAL

STATE OF WASHINGTON

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL

STATE OF WISCONSIN

**STATE OF COLORADO**

*/S/ ROBERT PADJEN*
ROBERT PADJEN, NO. 14678CO
SENIOR ASSISTANT ATTORNEY GENERAL
COLORADO DEPARTMENT OF LAW
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 Broadway, 8th Floor
Denver, Colorado 80203
Direct dial: 720-508-6346
E-mail: robert.padjen@coag.gov

**COMMONWEALTH OF MASSACHUSETTS**
**ANDREA JOY CAMPBELL**
**ATTORNEY GENERAL**

*/s/ Meena Seralathan*
Meena Seralathan
Assistant Attorney General
Senior Trial Counsel, Privacy and Responsible Technology Division
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
o: 617-963-2161
meena.seralathan@mass.gov

**JENNIFER DAVENPORT, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, AND CHRISTOPHER L. PETERSON, ACTING DIRECTOR OF THE NEW JERSEY DIVISION OF CONSUMER AFFAIRS**

*/S/ THOMAS HUYNH*
THOMAS HUYNH
NEW JERSEY BAR NO. 200942017
SECTION CHIEF, DEPUTY ATTORNEY GENERAL
DIVISION OF LAW 124 HALSEY STREET – 5TH FLOOR
NEWARK, NEW JERSEY 07101
609-712-2806
EMAIL: THOMAS.HUYNH@LAW.NJOAG.GOV

**FOR STATE OF OREGON, DAN RAYFIELD ATTORNEY GENERAL OF OREGON**

*/S/ JUSTIN D. LEONARD*
JUSTIN D. LEONARD, E.D. MO. D.C. # 033736OR
SENIOR ASSISTANT ATTORNEY GENERAL
OREGON DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, Oregon 97301-4096
Telephone: (503) 378-4400
Email: Justin.Leonard@doj.oregon.gov

COUNSEL FOR THE STATE OF OREGON, *EX REL.*, DAN RAYFIELD, ATTORNEY GENERAL OF OREGON

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**
**DAVID W. SUNDAY, JR.**

BY: */S/ MELISSA L. VAN ECK*
MELISSA L. VAN ECK
ATTORNEY I.D. #88616
CHIEF DEPUTY ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
15TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120
PHONE: (717) 574-3921
MVANECK@ATTORNEYGENERAL.GOV
COUNSEL FOR COMMONWEALTH OF PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL BUREAU OF CONSUMER PROTECTION

DATED: October 29, 2026,

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on October 29, 2026.

*/s/ Abigail Rushing Ryan*
Abigail Rushing Ryan
Bankruptcy Counsel