**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS)<br><br>**Ref. Docket Nos. 15, 74 & 90** |

**CERTIFICATION OF COUNSEL REGARDING FURTHER REVISED PROPOSED BIDDING PROCEDURES ORDER**

I, Heather P. Lambert, proposed counsel for Character Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby certify the following:

1. On October 13, 2026, the Debtor filed the *Debtor's Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling Certain Dates and Deadlines with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving the Designation of Disney Worldwide Services, Inc. as Stalking Horse Purchaser with Respect to the Disney Target Assets, (E) Authorizing the Debtor to Designate Additional Stalking Horse Purchasers for the Assets and (F) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases; and (II) an Order (A) Authorizing and Approving the Sale of Assets, (B) Approving the Assumption of the TSA and the Assumption and Assignment of the Assumed Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 15] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

A proposed form of order approving the relief requested in the Motion was attached thereto as Exhibit A (the "Proposed Bidding Procedures Order").

2. In connection with the Motion, the Court entered an order establishing that objections to the relief requested by the Motion were due on or before October 23, 2026 at 4:00 p.m. (ET) (the "Objection Deadline"). *See* Docket No. 43. The Debtor agreed to extend the Objection Deadline to October 27, 2026 at 5:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

3. Prior to the Objection Deadline, the Debtor received informal comments to the Proposed Bidding Procedures Order from the U.S. Trustee and counsel to Nicole Spense, and objections to the Motion were filed by the Coalition of States (the "Coalition") and the U.S. Trustee (each an "Objection" and together the "Objections"). *See* Docket Nos. 66 & 69.[2]

4. After the Objection Deadline, the Florida Attorney General ("Florida") and certain additional states (together with the Coalition, the "Coalition Parties") filed joinders to the Objections of the Coalition and the U.S. Trustee. *See* Docket Nos. 79& 81. In addition, after the Objection Deadline, on October 29, 2026, A.D., a Minor, by and through her guardian ad litem, K.H. ("A.D." and together with the Coalition Parties, the U.S. Trustee, Florida, and counsel to Nicole Spense, the "Objectors"), filed a statement with respect to the Motion. *See* Docket No. 87.

5. On October 27, 2026, the Debtor filed a revised form of Proposed Bidding Procedures Order [Docket No. 74] (the "Revised Proposed Bidding Procedures Order"). On October 30, 2026, the Debtor filed the *Notice of Filing of Revised Exhibit 2 to Proposed Bidding Procedures Order* [Docket No. 90] (the "Revised Transaction Notice").

[2] On October 27, 2026, the Debtor filed a reply in support of the Motion and Disney Worldwide Services, Inc. ("Disney") filed a joinder thereto. *See* Docket Nos. 73 & 77. On October 29, 2026, the Coalition filed a joinder to the objection of the U.S. Trustee. *See* Docket No. 80.

6. On October 30, 2026, the Court held a hearing (the "Hearing") with respect to the relief requested in the Motion. As discussed on the record at the Hearing, the Court indicated that it would overrule the Objections and enter the Revised Proposed Bidding Procedures Order subject to certain revisions being made. Accordingly, the Debtor has revised the Revised Proposed Bidding Procedures Order, a copy of which is attached hereto as **Exhibit A** (the "Further Revised Proposed Bidding Procedures Order").

7. A blackline comparing the Further Revised Proposed Bidding Procedures Order to the Revised Proposed Bidding Procedures Order (including the Revised Transaction Notice as Exhibit 2) is attached hereto as **Exhibit B**.

8. The Debtor provided copies of the Further Revised Proposed Bidding Procedures Order to counsel to Disney and each of the Objectors. Disney and the Objectors indicated they do not object to the form of the Further Revised Proposed Bidding Procedures Order. Counsel to Florida indicated it continues to object.

WHEREFORE, the Debtor respectfully requests that the Court enter the Further Revised Proposed Bidding Procedures Order at its earliest convenience.

Dated: November 3, 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Heather P. Lambert*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
sreil@wsgr.com
hlambert@wsgr.com

*Proposed Counsel to the Debtor and Debtor in Possession*