**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS)<br><br>**Ref. Docket No. 11** |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Debtor's Motion for Entry of an Order (I) Authorizing Rejection of Unexpired Lease and Abandonment of Certain Related Personal Property, Each Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 11] (the "Motion") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 13, 2026. A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "Proposed Order").

Pursuant to the Motion, any objections or responses to entry of the Proposed Order were to be filed and served by October 30, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

No answer, objection, or response to the Motion or entry of the Proposed Order was received by the undersigned proposed counsel to the Debtor prior to the Objection Deadline and the undersigned certifies that, after reviewing the Court's docket in this chapter 11 case, no answer, objection, or other responsive pleading to the Motion appears thereon.

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

Accordingly, it is hereby respectfully requested that the Proposed Order attached hereto as **Exhibit A** be entered at the earliest convenience of the Court without further notice or hearing.

Dated: November 3, 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Heather P. Lambert*
Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
sreil@wsgr.com
hlambert@wsgr.com

*Proposed Counsel to the Debtor and Debtor in Possession*