**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS) |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATES**

I, Heather P. Lambert, proposed counsel for Character Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case, hereby certify the following:

1. The undersigned counsel, through communication with the Chambers of the Honorable Brendan L. Shannon, has obtained the omnibus hearing dates set forth on the proposed order attached hereto.

2. It is therefore respectfully requested that the Order Scheduling Omnibus Hearing Dates, attached hereto as **Exhibit A**, be entered at the Court's earliest convenience.

Dated: November 3, 2026
Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Heather P. Lambert*

Erin R. Fay (No. 5268)
Shane M. Reil (No. 6195)
Heather P. Lambert (No. 6923)
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 304-7600
E-mails: efay@wsgr.com
sreil@wsgr.com
hlambert@wsgr.com

*Proposed Counsel to the Debtor and Debtor in Possession*

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.