# **Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHARACTER TECHNOLOGIES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11603 (BLS)<br><br>**Ref. Docket No. ___** |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Rule 2002-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Court has scheduled the following omnibus hearing dates in the above-captioned chapter 11 case:

**December 15, 2026, at 10:00 a.m. (ET) – 6th Floor, Courtroom #1**

**January 13, 2027, at 10:00 a.m. (ET) – 6th Floor, Courtroom #1**