**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | : | Chapter 11<br><br>Case No. 26-11603 (BLS)<br><br>**Re: D.I. 181** |

**NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN**

Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to section 332 of title 11 of the United States Code (the "Bankruptcy Code") and this Court's order dated November 17, 2026 [D.I. 181] directing the appointment of a Consumer Privacy Ombudsman, hereby appoints Lucy L. Thomson, having an office located at 1455 Pennsylvania Avenue, N.W. Suite 400, Washington, D.C. 20004, as the Consumer Privacy Ombudsman in this case. The appointee's Verified Statement of Disinterestedness is attached as **Exhibit A**. The appointee's Acceptance of Appointment and Verified Statement is attached as **Exhibit B**. The appointee's Acknowledgment of Privacy Obligations Under 11 U.S.C. § 332(c) is attached as **Exhibit C**.

The Ombudsman shall perform the functions set forth in 11 U.S.C. § 332(b), and at all times comply with 11 U.S.C. § 332(c). The Ombudsman shall be compensated pursuant to 11 U.S.C. § 330, upon approval by the Court of a request for compensation, for time charges and reimbursable expenses of the Ombudsman and that of any professionals or paraprofessionals who

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

assist the Ombudsman in carrying out her duties, to the extent reasonable and necessary to carrying out the Ombudsman's duties under the Amended Order directing appointment of a Consumer Privacy Ombudsman.

Section 332(b) and (c) of the Bankruptcy Code provide that:

> (b) The consumer privacy ombudsman may appear and be heard at such hearing and shall provide to the court information to assist the court in its consideration of the facts, circumstances, and conditions of the proposed sale or lease of personally identifiable information under section 363(b)(1)(B). Such information may include presentation of—
>
> (1) the debtor's privacy policy;
>
> (2) the potential losses or gains of privacy to consumers if such sale or such lease is approved by the court;
>
> (3) the potential costs or benefits to consumers if such sale or such lease is approved by the court; and
>
> (4) the potential alternatives that would mitigate potential privacy losses or potential costs to consumers.
>
> (c) A consumer privacy ombudsman shall not disclose any personally identifiable information obtained by the ombudsman under this title.

**[Continued on next page – space intentionally left blank]**

The Consumer Privacy Ombudsman is hereby notified to consult with Debtor's counsel regarding the timing of any proposed sale or lease of assets which may include personally identifiable information.

Dated: November 18, 2026
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

By: */s/ Linda J. Casey*

Linda J. Casey
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
Linda.Casey@usdoj.gov

# EXHIBIT A

## Verified Statement

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | : | Chapter 11<br><br>Case No. 26-11603 (BLS) |

**VERIFIED STATEMENT OF LUCY L. THOMSON**

I hereby verify, pursuant to Rule 6004(g)(2) of the Federal Rules of Bankruptcy Procedure, that I have no connections with either (i) the entities on the list appended as **Exhibit 1** to this Statement or (ii) certain entities identified by counsel to the Debtor that either may submit bids or have submitted bids in connection with the proposed sale of the Debtor's assets subsequent to the petition date, except as follows:

NONE

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2026

*/s/ Lucy L. Thomson*
Lucy L. Thomson
Consumer Privacy Ombudsman

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

# EXHIBIT 1

## Searched Parties

**Debtor**
Character Technologies, Inc.

**Current and Former Directors**
Richard Marini
Stan Chudnovsky
Christopher S. Sontchi
Karandeep Anand
Julie Park
Sarah Wang
Noam Shazeer

**Significant Equity Holders**
Anthony Galliano
Deniz Demir
Devin Mancuso

**Debtor Professionals**
Wilson Sonsini Goodrich & Rosati, P.C.
Houlihan Lokey Capital, Inc.
Areté Capital Partners
Stretto, Inc.
Young Conaway Stargatt & Taylor, LLP

**Committee Members**
A.D., a minor, by and through her guardian ad litem K.H.
Alder FM LLC
K.T., a minor, through her father S.T.

**Committee Professionals**
McDermott Will & Schulte LLP
M3 Partners, LP

**Bankruptcy Judges**
Chief Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Craig T. Goldblatt
Judge Thomas M. Horan
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath

**Bankruptcy Court Staff**
Al Lugano
Amanda Hrycak
Cacia Batts
Claire Brady
Danielle Gadson
Demitra Yeager
Jill Walker
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Nickita Barksdale
Nikki Washington
Paula Subda
Stephen Grant
Rachel Bello
Xavier Hurt

**U.S. Trustee Staff**
Andrew R. Vara
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Elizabeth Thomas
Fang Bu
Hannah M. McCollum
Hawa Konde
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph McMahon
Lauren Attix
Linda Casey
Michael Girello
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch

**Holders of 20 Largest Unsecured Claims**
Digital Ocean LLC
Google LLC
Fireworks.Ai
Apple Distribution International Ltd.
Late Checkout, LLC
White & Case LLP
Hogan Lovells US LLP
Munger, Tolles & Olson LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Zayo Group LLC
DoorDash
Scalrr
Persona Identities Inc.
Invertase Limited

Sundial Product Inc.
Alder FM, LLC
Quinn Emanuel Urquhart & Sullivan, LLP
Tines Automation Inc.
New Engen Inc.
The Trustee for Wailoaloa Trust

**Ordinary Course Professionals**
Minami Tamaki LLP
Alex Jonathan Feerst
KPMG
Frank Rimerman
FBT Gibbons LLP
Jaymie Scotto & Associates

**Significant Vendors and Contract Counterparties**
Mortgage Investors IV, LLC
Cornish & Carey Commercial
Gassed
Terminal Inc.
HireArt Inc.
Amplitude, Inc.
Nebius B.V.
Baseten Labs Inc.
PAG Consultants, LLC
Crusoe Energy Systems LLC
Cloudflare, Inc.
Replicate, Inc.
JSA+Partners
Safetykit Inc.
LegalPartners Group, LLC
Premier Property Management
AppsFlyer Inc.
Prime Intellect Inc.
Statsig
Braze Inc.
Ninja Partners, LLC
Porto Rocha LLC
Cinder Technologies Inc.
Castle Global Inc. a/k/a Hive
Remotely Works Inc.
Eleven Labs Inc.
Epiq eDiscovery Solutions Inc
Miller Barondess, LLP
Talentism Inc.
Testlio Inc.
LinkedIn Corporation
RevenueCat Inc.
Microsoft Azure
Right Side Up LLC
Fusion Electronics Technology Limited
Anyscale, Inc.
Confluent Inc.
Tribe Ventures Inc.
Hex Technologies
expoIT
Zentropi Inc.
Koko AI
University of Washington
ThroughLine Limited
33 Irving Tenant LLC (WeWork)
Vyanams LLC
OpenAI
Global Guardian LLC
Amazon Web Services, Inc.
Tines Automation Inc.
Connect Safely
Cadre Creative Labs OPC
Cursor
PagerDuty
Datadog Inc.
WaveSpeed
Karlon Group LLC
Empower
Anthem Blue Cross
Rippling
Ramp

**Utility Providers**
AT&T
Comcast
Pacific Gas & Electric
San Juan Water District
Golden Gate Disposal & Recycle

**Banks**
Silicon Valley Bank
Morgan Stanley
JPMorgan Chase Bank, N.A.

**Taxing Authorities**
California Franchise Tax Board (FTB)
Massachusetts Department of Revenue
Michigan Department of Treasury
New Jersey Division of Taxation
New York City Department of Finance
New York State Department of Taxation and Finance
Texas Comptroller of Public Accounts
Virginia Department of Taxation
Connecticut Department of Revenue Services (DRS)
Florida Department of Revenue
Hawaii Department of Taxation
Internal Revenue Service (IRS)
California Employment Development Department (EDD)
California Department of Tax and Fee Administration (CDTFA)
Delaware Division of Corporations (Dept. of State)

**Insurance Providers**
CNA Insurance Companies
Lloyd’s London (CRC Wholesale Group)

AmTrust
Hamilton (Lloyd's of London)
Beazley (Lloyd's of London)
Forge
AIG
Berkshire
AXA XL
Berkley
Vantage
Sompo
Convex (Lloyd's of London)
QBE
Westfield
RSUI
Woodruff-Sawyer & Co.
Arthur J. Gallagher & Co.

**Sale Process Counterparties**
Disney Worldwide Services, Inc.

**Litigation and Investigation Counterparties**
Commonwealth of Pennsylvania
Pennsylvania Department of State
Commonwealth of Kentucky
Garante per la Protezione dei Dati Personali
U.S. Department of Justice, Consumer Protection Branch
Federal Trade Commission
Office of the Attorney General of Alaska
Office of the Attorney General of American Samoa
Office of the Attorney General of Arizona
Office of the Attorney General of Arkansas
Office of the Attorney General of California
Office of the Attorney General of Colorado
Office of the Attorney General of Connecticut
Office of the Attorney General of District of Columbia
Office of the Attorney General of Delaware
Office of the Attorney General of Georgia
Office of the Attorney General of Hawaii
Office of the Attorney General of Idaho
Office of the Attorney General of Illinois
Office of the Attorney General of Indiana
Office of the Attorney General of Kansas
Office of the Attorney General of Louisiana
Office of the Attorney General of Maine
Office of the Attorney General of Maryland
Office of the Attorney General of Massachusetts
Office of the Attorney General of Michigan
Office of the Attorney General of Minnesota
Office of the Attorney General of Mississippi
Office of the Attorney General of Missouri
Office of the Attorney General of Montana
Office of the Attorney General of Nevada
Office of the Attorney General of New Hampshire
Office of the Attorney General of New Jersey
Office of the Attorney General of New York
Office of the Attorney General of North Carolina
Office of the Attorney General of North Dakota
Office of the Attorney General of Northern Mariana Islands
Office of the Attorney General of Ohio
Office of the Attorney General of Oklahoma
Office of the Attorney General of Oregon
Office of the Attorney General of Pennsylvania
Office of the Attorney General of Rhode Island
Office of the Attorney General of South Carolina
Office of the Attorney General of South Dakota
Office of the Attorney General of Tennessee
Office of the Attorney General of Utah
Office of the Attorney General of Vermont
Office of the Attorney General of Virginia
Office of the Attorney General of Washington
Office of the Attorney General of West Virginia
Office of the Attorney General of Wisconsin
Office of the Attorney General of Wyoming
Office of the Attorney General of Texas
Office of the Attorney General of Florida
Office of the Attorney General of New Mexico
Office of the Attorney General of Kentucky

**Counsel to Litigation Counterparties**
McKool Smith P.C.
Social Media Victims Law Center
Tech Justice Law Project
Budwin Kamprath Burgess Campbell PLLC
Glenn Agre Bergman & Fuentes LLP
Normand PLLC (Normand, Judkins & Couch;
Normand Law PLLC)
The Ferraro Law Firm, P.A.
Gibbs Mura LLP
Khaitan & Co.
Bachubhai Munim & Co.
Bryson Harris Suciu & DeMay PLLC

**Additional Potential Parties in Interest**
Latham & Watkins LLP
Ashby & Geddes
Stites Harbison PLLC
Covington Burling LLP
Davis Graham & Stubbs LLP
Van Pelt, Yi & James LLP
Anysphere, Inc. (d/b/a Cursor)
WaveSpeed AI PTE. LTD.
AppLovin Corporation
Arillatype.Studio, S.L.
Bevin Benson Consulting LLC
BILL Operations, LLC
Cartesia AI, Inc.
CDW LLC
Cintas Corporation
ClickHouse, Inc.

Collected Strategies
Functional Software, Inc. (d/b/a Sentry)
Funnel, Inc.
GitHub, Inc.
Golden Gate Office Solutions
HackerOne, Inc.
Hawaii Medical Service Association
Kaiser Permanente Group Trust
Kandji, Inc.
Kidentify Pte. Ltd. (d/b/a k-ID)
Lilt, Inc.
LiveKit Incorporated
Portal, Inc.
Receptiviti Inc.
Recology San Mateo County
Safe House Corp.
SendGrid, Inc.
Sensor Tower, Inc.
SimilarWeb Inc.
Slack Technologies, Inc.
Snap Inc.
South West Grid for Learning Trust
Tatari Inc.
Temporal Technologies Inc.
ComputerCare
Covalent Marketing LLC
DaVinci AV, Inc.
Discover Beagle Inc.
Envoy, Inc.
eShares, Inc. d/b/a Carta, Inc.
Lluminet, LLC
Lokalise, Inc.
LTX Inc. (d/b/a Lightricks)
Meta Platforms, Inc.
Moloco, Inc.
Numeral Two Inc.
One Digital Investment Advisors LLC
TNT Relocations, Inc.
Trove Information Technologies Inc.
Principal Life Insurance Company
People Center, Inc. (d/b/a Rippling)
Upwork, Inc.
VeraSafe, LLC
Capezza Hill, LLP
Weights and Biases, LLC
National Association of Attorneys General
Internet Watch Foundation
Zendesk, Inc.
Features & Labels, Inc.
ZATV Inc.

# EXHIBIT B

## Acceptance of Appointment and Verified Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 26-11603 (BLS)<br><br>**Re: D.I. 181** |

**ACCEPTANCE OF APPOINTMENT AND VERIFIED STATEMENT**
**OF CONSUMER PRIVACY OMBUDSMAN**

I, the undersigned, Lucy L. Thomson, do hereby accept my appointment by the United States Trustee as the Consumer Privacy Ombudsman in the above-captioned case and hereby verify and declare as follows:

1. I am a person eligible and competent to perform the duties of the Consumer Privacy Ombudsman, as set forth in 11 U.S.C. § 332 in the above-captioned case.

2. I am a Certified Information Privacy Professional (CIPP/US), a Certified Information Systems Security Professional (CISSP), and an experienced consumer privacy professional, having been appointed the CPO in 40 federal bankruptcy cases prior to this one. I earned a master's degree from Rensselaer Polytechnic Institute (RPI) and worked as a senior principal engineer and privacy advocate for CSC, a global technology company.

3. Pursuant to the requirements of Federal Rule of Bankruptcy Procedure 6004(g)(2), I state that I have no connection with the debtor, creditors, other parties in interest, or their

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

respective attorneys and accountants, the United States Trustee, and any person employed by the Office of the United States Trustee.

4. I am not a creditor, an equity security holder, or an insider (as those terms are defined in 11 U.S.C. § 101(31)) of Character Technologies, Inc. (the "Debtor").

5. I am not, and have not been, a director, officer, or employee of the Debtor within two years before the date of the filing of the petition.

6. I do not hold or represent an interest adverse to the Debtor or the Debtor's estate.

7. I do not have an interest materially adverse to the Debtor, its estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

8. Based upon the foregoing, I believe that I am a "disinterested person" within the meaning of §§ 101(14) and 332(a) of the Bankruptcy Code.

9. I do not have any financial connection with the Debtor or its estate or with the Office of the United States Trustee.

10. I have not received any compensation from any party with respect to my appointment in this case, nor have I made any agreements or arrangements with the Debtor, the Office of the United States Trustee, or any other party for compensation.

11. I agree to serve as the Consumer Privacy Ombudsman and to seek reimbursement of fees and expenses from the estate based on an application to be filed with and subject to approval by the Court as provided in 11 U.S.C. § 330. My billable rate is $650/hour.

12. I acknowledge my statutory obligation not to disclose any personally identifiable information obtained by me, and I agree to comply with 11 U.S.C. § 332(c).

13. If I become aware of any additional unrelated representations or relationships subsequentItoItheIdateIofIthisIDeclaration,IIIintendItoIsupplementIthisIDeclarationIaccordingly.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 18, 2026

*/s/ Lucy L. Thomson*
Lucy L. Thomson
Consumer Privacy Ombudsman

# LUCY L. THOMSON

The Willard, 1455 Pennsylvania Avenue, N.W. Suite 400; Washington, D.C. 20004
lucythomson_cpo@earthlink.net


## Employment

Livingston PLLC, Washington, D.C., *Founder and Principal*

Address cutting edge issues at the intersection of law and technology. Particular focus on global data privacy, cybersecurity, artificial intelligence (AI), and compliance and risk management.

CSC, Fairfax, VA, a Fortune 200 global technology company (now GD IT and DXC) 2002-2012

CSC Global Cybersecurity
*Senior Principal Engineer, Information Security; Privacy Advocate*

*DHS Customs and Border Protection (CBP-ACE) and Internal Revenue Service (IRS) Modernization*
Provided privacy and information security consulting and strategic planning on two of the government's largest IT modernization projects. Appointed a DHS Information Systems Security Officer (ISSO).

United States Bankruptcy Courts, Consumer Privacy Ombudsman 2008-present

Appointed Consumer Privacy Ombudsman (CPO) in 40 federal bankruptcy cases. Responsible for evaluating the sale of "assets" consisting of sensitive personal information and financial and healthcare records; oversaw the disposition of more than 350 million electronic consumer records.

United States Department of Justice, Washington, D.C. 1977-2000

Criminal Division
*Trial Attorney, Fraud Section*
*Senior Attorney, Office of Legislation and Policy*
Civil Rights Division, *Trial Attorney*

U.S. Department of Health, Education and Welfare (HEW), Office for Civil Rights

## Education and Professional Certifications

M.S., Rensselaer Polytechnic Institute (RPI), Lally School of Management
J.D., Georgetown University Law Center
B.A., Connecticut College, Political Science and Economics
(ISC)2 – Certified Information Systems Security Professional (CISSP)
IAPP – Certified Information Privacy Professional (CIPP/US)

## Leadership Positions in the American Bar Association (ABA)

Member, Board of Governors; House of Delegates since 2004 (governing body)
*Task Force on Law and Artificial Intelligence* (AI), 2023-26, co-chair
*Section of Science & Technology Law* (SciTech), 2012-13, chair
*ABA Cybersecurity Legal Task Force*, 2012-present, founding member

## Publications

*Artificial Intelligence: Legal Issues, Policy, and Practical Strategies* (co-editor)
*The Internet of Things (IoT): Legal Issues, Policy, and Practical Strategies* (co-editor)
*Data Breach and Encryption Handbook* (editor)

Contributing author on cybersecurity and privacy in *Bioinformatics Law, The ABA Cybersecurity Handbook* (4th Ed.), *Homeland Security and Emergency Management* (3rd Ed), and *America Votes! Challenges to Modern Election Law and Voting Rights* (4th Ed.).

November 15, 2026

# EXHIBIT C

## Acknowledgment of Privacy Obligations Under 11 U.S.C. § 332(c)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*<br><br>CHARACTER TECHNOLOGIES, INC.,[1]<br><br>Debtor. | :<br>:<br>:<br>: | Chapter 11<br><br>Case No. 26-11603 (BLS) |

**CONSUMER PRIVACY OMBUDSMAN'S ACKNOWLEDGMENT**
**<u>OF PRIVACY OBLIGATIONS UNDER 11 U.S.C. § 332(c)</u>**

I, Lucy L. Thomson, acknowledge that section 332(c) of the Bankruptcy Code requires that I do not disclose any "personally identifiable information" which I obtain during my appointment as a Consumer Privacy Ombudsman pursuant to section 332(a) of the Code. Furthermore, I acknowledge my duty to safeguard and ultimately properly dispose of such personally identifiable information that comes into my possession. The term "personally identifiable information" is defined in section 101(41A) of the Code as follows:

(41A) The term "personally identifiable information" means -

(A) if provided by an individual to the debtor in connection with obtaining a product or a service from the debtor primarily for personal, family, or household purposes--

(i) the first name (or initial) and last name of such individual, whether given at birth or time of adoption, or resulting from a lawful change of name;

(ii) the geographical address of a physical place of residence of such individual;

[1] The Debtor and the last four digits of its taxpayer identification number are: Character Technologies, Inc. (8842). The Debtor's mailing address for purposes of the chapter 11 case is 700 El Camino Real, Suite 120, P.O. Box 1152, Menlo Park, CA 94025.

(iii) an electronic address (including an e-mail address) of such individual;

(iv) a telephone number dedicated to contacting such individual at such physical place of residence;

(v) a social security account number issued to such individual; or

(vi) the account number of a credit card issued to such individual; or

(B) if identified in connection with 1 or more of the items of information specified in subparagraph (A)--

(i) a birth date, the number of a certificate of birth or adoption, or a place of birth; or

(ii) any other information concerning an identified individual that, if disclosed, will result in contacting or identifying such individual physically or electronically.

Lucy L. Thomson
Consumer Privacy Ombudsman

*/s/ Lucy L. Thomson*
Signature of Consumer Privacy Ombudsman

Dated: November 18, 2026